E-FILING

ADR

J. James. Li (SBN: 202855)
*lij@gtlaw.com*
David J. Perez (SBN: 238136)
*perezj@gtlaw.com*
GREENBERG TRAURIG LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Mark L. Hogge *(Pro Hac Vice Pending)*
*hoggem@gtlaw.com*
Shailendra Maheshwari *(Pro Hac Vice Pending)*
*maheshwaris@gtlaw.com*
GREENBERG TRAURIG LLP
2101 L Street, NW
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

Attorneys for Plaintiff
KILOPASS TECHNOLOGY, INC.

ORIGINAL FILED
MAY 14 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY, INC., a California Corporation,<br>Plaintiff;<br>v.<br>SIDENSE CORPORATION, a Canadian Corporation,<br>Defendant. | Case No. CV 10-02066 JL<br>**COMPLAINT**<br>**DEMAND FOR JURY TRIAL** |

Plaintiff Kilopass Technology, Inc. ("Kilopass"), for its Complaint against Defendant Sidense Corporation ("Sidense"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United

States, 35 U.S.C. § 1, *et seq.*

**THE PARTIES**

2. Plaintiff Kilopass is a California corporation with its principal place of business at 3333 Octavius Drive, Santa Clara, California 95054.

3. Defendant Sidense is a Canadian corporation with its principal place of business at 84 Hines Road, Suite 260, Ottawa, Ontario, Canada, K2K 3G3. Sidense makes, uses, sells, offers for sale, exports and/or imports accused products at issue in this lawsuit into and throughout the United States, including within this District.

**JURISDICTION AND VENUE**

4. This Court has original subject matter jurisdiction over this action pursuant to the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*., and 28 U.S.C. § 1338(a).

5. Defendant is subject to suit in this State because it has made, used, offered for sale, or sold infringing products in this State.

6. Defendant is further subject to suit in this State because, upon information and belief, defendant has purposefully availed itself of the benefits of doing business in California by actually transacting business in this State.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 (b), (c) and (d) in that defendant has significant contacts with this District through its infringing acts, and defendant is an alien and subject to suit in any district.

**FACTUAL BACKGROUND**

**Kilopass Establishes eNVM Market**

8. Kilopass was founded in 2001 by Jack Peng, an entrepreneur who invented, with others, a novel way of storing data permanently inside integrated circuits ("IC") by creating a breakdown in the transistor, safely and reliably, now referred to as embedded Non-Volatile Memory ("eNVM").

9. Peng's discovery was compelling and attracted tier-one investors from all over the world. After intense due diligence these investors committed $35M in equity and debt investment for the company's growth.

10. Kilopass has invested heavily in research and development, applying for over 50 patents and having thus far received over 40 issued patents worldwide since 2001.

11. Kilopass' patents cover several different architectures of eNVM, ranging from one-transistor (1T), two-transistors (2T), to three and a half (3.5T) transistors.

12. To validate these technologies, Kilopass has performed more than thirty different qualification projects in partnership with worldwide semiconductor manufacturing foundries, including Taiwan Semiconductor Manufacturing Corporation ("TSMC"), Dongbu, Global Foundries, Hynix, IBM, Samsung, Semiconductor Manufacturing International Corporation (SMIC), and United Microelectronics Corporation ("UMC").

13. Each qualification project was lengthy and resource intensive, often involving three different lots of manufacturing and long hours of high-temperature testing to validate the Kilopass technology.

14. At the same time, Kilopass embarked on building a worldwide presence in sales, marketing, and support in order to attract licensees for its eNVM technologies.

15. To date, Kilopass has garnered more than 80 licensees, with almost 200 projects either on-going or in production, resulting in more than half a million wafers produced over the period, and an estimated two billion chips used in electronics equipment.

16. Kilopass' customers include the two leading semiconductor companies in the world.

17. As the pioneer in eNVM technology and pertinent to the technology involved in this lawsuit, Kilopass has been granted five 1T patents: 6,777,757; 6,856,540; 6,898,116; 6,940,751; and 6,992,925.

**<u>Sidense's Copying Conduct</u>**

18. Upon information and belief, Sidense has knowingly copied Kilopass' patented technology and has been selling and offering for sale Kilopass' patented technology without authorization from Kilopass.

19. As with any emerging market, the initial pioneering tasks for Kilopass were long, difficult, and often challenged by skeptical customers worried about the viability of the technology and the market acceptance of this new memory storage method.

20. After nine years of diligent effort, Kilopass succeeded in creating a viable eNVM market.

21. Upon information and belief, Sidense saw the market created by Kilopass and set upon a course to take as much of Kilopass' patented business as Sidense could. In doing so, Sidense took full advantage of Kilopass' hard fought, market building efforts by riding behind Kilopass' validation efforts and successes.

22. Upon information and belief, by copying Kilopass Sidense was able to sidestep all the rigors and efforts expended by Kilopass to validate the technology. Because of the proven success of Kilopass, Sidense was able to market directly to Kilopass customers and prospective customers, as if its copy of the Kilopass patented technology had undergone the same qualification process.

23. Upon information and belief, Sidense has received Canadian government subsidies to substantially lower its costs, which further enabled it to offer Kilopass' technology at prices substantially below market value, thus causing further injury to Kilopass in the way of price erosion.

24. Through Kilopass' extensive efforts, Kilopass now enjoys a substantial reputation for its innovations and market building efforts. Upon information and belief, to further leverage transactions at the expense of Kilopass' reputation and goodwill, Sidense has been sowing deceit in the marketplace. For example, knowing fully of Kilopass' patent rights, Sidense has falsely alleged in the marketplace statements to the effect that Kilopass has no intellectual property issues with Sidense. Nothing could be further from the truth. The intent behind this deceitful conduct is to create an impression that Kilopass authorizes Sidense's illegal products.

25. Sidense's illegal copying and associated conduct, as set forth hereinabove, is wanton, willful, malicious and outrageous making this an exceptional case.

## CAUSE OF ACTION

## INFRINGEMENT OF U.S. PATENT NO. 6,940,751

26. Kilopass realleges and incorporates by reference paragraphs 1-25 above, as if fully set forth herein.

27. Kilopass is the owner by assignment of United States Patent No. 6,940,751 (the "'751 patent"). The '751 patent was duly and legally issued by the United States Patent and Trademark

Office on September 6, 2005. A true and correct copy of the '751 patent is attached as Exhibit A.

28. Sidense has infringed and continues to infringe the '751 patent by its active manufacture, use, sale, offer for sale, export and/or import of 1T eNVM technology. Sidense is liable for its infringement of the '751 patent pursuant to 35 U.S.C. § 271.

29. Sidense's acts of infringement have caused damage to Kilopass, and Kilopass is entitled to recover from Sidense the damages sustained by it as a result of Sidense's wrongful acts in an amount subject to proof at trial. Sidense's infringement of the exclusive rights of Kilopass under the '751 patent will continue to damage Kilopass, causing irreparable harm for which there is no adequate remedy at law, unless permanently enjoined by this Court.

30. Sidense committed its infringing acts with actual notice of the '751 patent and has continued and is continuing its infringing conduct nonetheless.

31. Upon information and belief, Sidense's infringement of the '751 patent is willful and deliberate, and without a reasonable basis for believing that its conduct is or was lawful. Therefore, this is an exceptional case and Kilopass is entitled to enhanced damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Kilopass respectfully requests that this Court enter judgment in its favor and grant the following relief:

1. Hold that Sidense has infringed the '751 patent;
2. Permanently enjoin and restrain Sidense, its employees and agents, and any other person(s) in active concert or participation with it from further infringement of the '751 patent;
3. Hold that Sidense has willfully infringed the '751 patent;
4. Award Kilopass damages under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, prejudgment interest;
5. Hold that this is an exceptional case and award Kilopass' attorneys' fees, as provided by 35 U.S.C. § 285;
6. Award costs for this law suit; and

7. Award Kilopass any other relief as the Court may deem appropriate and just under the circumstances.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Kilopass Technology, Inc., hereby demands a trial by jury of all issues so triable.

Dated: May 14, 2010

GREENBERG TRAURIG, LLP

By:________________________
J. James Li
Attorneys for Plaintiff,
KILOPASS TECHNOLOGY, INC.

# EXHIBIT A

US006940751B2

(12) **United States Patent**
**Peng et al.**

(10) **Patent No.: US 6,940,751 B2**
(45) **Date of Patent: Sep. 6, 2005**

(54) **HIGH DENSITY SEMICONDUCTOR MEMORY CELL AND MEMORY ARRAY USING A SINGLE TRANSISTOR AND HAVING VARIABLE GATE OXIDE BREAKDOWN**

(75) Inventors: **Jack Zezhong Peng**, San Jose, CA (US); **Michael David Fliesler**, Santa Cruz, CA (US)

(73) Assignee: **Kilopass Technologies, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 47 days.

(21) Appl. No.: **10/765,802**

(22) Filed: **Jan. 26, 2004**

(65) **Prior Publication Data**

US 2004/0156234 A1 Aug. 12, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/677,613, filed on Oct. 2, 2003, which is a continuation-in-part of application No. 10/448,505, filed on May 30, 2003, now Pat. No. 6,856,540, and a continuation-in-part of application No. 10/133,704, filed on Apr. 26, 2002, now Pat. No. 6,777,757.

(51) **Int. Cl.**[7] .............................................. **G11C 11/34**
(52) **U.S. Cl.** .............. **365/177**; 365/182.14; 365/185.18
(58) **Field of Search** ................................ 365/177, 178, 365/185.14, 185.18, 185.29

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,634,929 A 1/1972 Yoshida et al.
4,322,822 A 3/1982 McPherson
4,488,262 A 12/1984 Basire et al.
4,490,900 A 1/1985 Chiu
4,502,208 A 3/1985 McPherson
4,507,757 A 3/1985 McElroy
4,543,594 A 9/1985 Mohsen
4,546,273 A 10/1985 Osman
4,599,705 A 7/1986 Holmberg
4,613,886 A 9/1986 Chwang
4,677,742 A 7/1987 Johnson
4,794,562 A 12/1988 Kato
4,823,181 A 4/1989 Mohsen
4,876,220 A 10/1989 Mohsen

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0 295 935 12/1988
JP 61292295 12/1986

OTHER PUBLICATIONS

Wu, E.W. et al; Voltage–Dependent Voltage–Acceleration of Oxide Breakdown for Ultra–Thin Oxides; IEEE, 2000.
Sune, Jordi et al; Post Soft Breakdown Conduction in SiO2 Gate Oxides; IEEE, 2000.
DeGraaf, C., et al. A Novel High–Density Low–Cost Diode Programmable Read Only Memory, IEEE, 1996.
Rasras, Mahmoud et al; Substrate Hole Current Origin After Oxide Breakdown; IEEE, 2000.

(Continued)

*Primary Examiner*—Gene N. Auduong
(74) *Attorney, Agent, or Firm*—Perkins Coie LLP

(57) **ABSTRACT**

A programmable memory cell comprised of a transistor located at the crosspoint of a column bitline and a row wordline is disclosed. The transistor has its gate formed from the column bitline and its source connected to the row wordline. The memory cell is programmed by applying a voltage potential between the column bitline and the row wordline to produce a programmed n+ region in the substrate underlying the gate of the transistor. Further, a gate dielectric of the transistor has a higher breakdown voltage near the source connected to the row wordline than its drain.

**14 Claims, 21 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,899,205 | A | | 2/1990 | Hamdy | |
| 4,943,538 | A | | 7/1990 | Mohsen | |
| 4,962,342 | A | | 10/1990 | Mead | |
| 5,138,410 | A | | 8/1992 | Takebuchi | |
| 5,150,179 | A | | 9/1992 | Gill | |
| 5,303,185 | A | | 4/1994 | Hazani | |
| 5,304,871 | A | | 4/1994 | Dharmarajan | |
| 5,323,342 | A | | 6/1994 | Wada | |
| 5,412,244 | A | | 5/1995 | Hamdy | |
| 5,477,499 | A | | 12/1995 | Van Buskirk | |
| 5,496,756 | A | | 3/1996 | Sharma | |
| 5,576,568 | A | | 11/1996 | Kowshik | |
| 5,578,848 | A | | 11/1996 | Kwong | |
| 5,586,270 | A | | 12/1996 | Rotier | |
| 5,587,603 | A | | 12/1996 | Kowshik | |
| 5,600,265 | A | | 2/1997 | El Gamal | |
| 5,675,541 | A | | 10/1997 | Leterrier | |
| 5,675,547 | A | | 10/1997 | Koga | |
| 5,745,417 | A | | 4/1998 | Kobayashi | |
| 5,825,200 | A | | 10/1998 | Kolze | |
| 5,825,201 | A | | 10/1998 | Kolze | |
| 5,880,512 | A | | 3/1999 | Gordon | |
| 5,909,049 | A | | 6/1999 | McCollum | |
| 5,986,931 | A | | 11/1999 | Caywood | |
| 5,986,939 | A | | 11/1999 | Yamada | |
| 6,016,268 | A | | 1/2000 | Worley | |
| 6,031,761 | A | | 2/2000 | Ghilardelli | |
| 6,034,893 | A | | 3/2000 | Mehta | |
| 6,040,968 | A | | 3/2000 | Duvvury | |
| 6,064,595 | A | | 5/2000 | Logie | |
| 6,084,428 | A | | 7/2000 | Kolze | |
| 6,097,077 | A | | 8/2000 | Gordon | |
| 6,157,568 | A | | 12/2000 | Schmidt | |
| 6,166,954 | A | | 12/2000 | Chern | |
| 6,214,666 | B1 | | 4/2001 | Mehta | |
| 6,215,140 | B1 | | 4/2001 | Reisinger | |
| 6,218,274 | B1 | | 4/2001 | Komatsu | |
| 6,232,631 | B1 | | 5/2001 | Schmidt | |
| 6,249,809 | B1 | | 6/2001 | Bro | |
| 6,282,123 | B1 | | 8/2001 | Mehta | |
| 6,294,809 | B1 | | 9/2001 | Logie | |
| 6,297,103 | B1 | | 10/2001 | Ahn | |
| 6,304,666 | B1 | | 10/2001 | Warren | |
| 6,351,428 | B2 | | 2/2002 | Forbes | |
| 6,421,293 | B1 | | 7/2002 | Candelier | |
| 6,431,456 | B2 | | 8/2002 | Nishizawa | |
| 6,445,619 | B1 | * | 9/2002 | Mihnea et al. | 365/185.29 |
| 6,456,535 | B2 | | 9/2002 | Forbes | |
| 6,556,481 | B1 | | 4/2003 | Hsu | |
| 6,753,590 | B2 | * | 6/2004 | Fifield et al. | 257/529 |
| 2001/0003374 | A1 | | 6/2001 | Bohmer | |
| 2003/0218920 | A1 | * | 11/2003 | Harari | 365/200 |

OTHER PUBLICATIONS

Lombardo, S. et al; Softening of Breakdown in Ultra–Thin Gate Oxide nMOSFET's at Low Inversion Layer Density; 39th Annual International Reliability Physics Symposium; Orlando, FL 2001.

Miranda, Enrique et al; Analytic Modeling of Leakage Current Through Multiple Breakdown Paths in SiO2 Films; 39th Annual International Reliabiligy Physics Symposium; Orlando, FL 2001.

* cited by examiner




FIGURE 1


200
METAL
POLY
DIFFUSION
306,308
306,308
306,308
$R_1$
$R_2$
$R_3$
$C_4$
$C_3$
$C_2$
$C_1$
104

FIGURE 2


300
310
306
D
$C_4$
$C_3$
$C_2$
$C_1$
310
310
310
310
$n^+306$
$n^+308$
$n^+306$
$n^+308$
$n^+306$
302
P-WELL
104
304
$R_1$

FIGURE 3

| | | VBL (V) | VWL (V) | PROGRAM | |
|---|---|---|---|---|---|
| PROGRAM | SC/SR | 8 | 0 | YES | 401 |
| | SC/UR | 8 | 8 | NO | 403 |
| | UC/SR | 3.3 | 0 | NO | 405 |
| | UC/UR | 3.3 | 8 | NO | 407 |
| | | | | ISENSE | |
| READ | SC/SR | 1.8 | 0 | YES | 409 |
| | SC/UR | 1.8 | 1.8 | NO | 411 |
| | UC/SR | 0 | 0 | NO | 413 |
| | UC/UR | 0 | 1.8 | NO | 415 |

FIGURE 4




FIGURE 5




FIGURE 6




FIGURE 7




FIGURE 8



$I_{SUB}$=4.2nm
A=7.85 10⁻⁻ cm²
P-Type
HBD
SBD
FN
CURRENT (A)
VOLTAGE (V)
10-2
10-3
10-4
10-5
10-6
10-7
10-8
10-9
10-10
10-11
0
1
2
3
4
5
6


FIGURE 9



(a)
$T_{BD}$ (SEC.) AT 63%
$10^{12}$
$10^{10}$
$10^{8}$
$10^{6}$
$10^{4}$
$10^{2}$
1
$T_{OX}$
(NM)
2.3
2.5
2.9
3.5
4.2
5.0
2
4
6
GATE VOLTAGE (V)


FIGURE 10



7x10-3
6x10-3
5x10-3
4x10-3
3x10-3
2x10-3
1x10-3
CURRENT (A)
FN EXP.
HBD EXP.
HBD TEO.
Tox=3nm
type N
A=6.4 10-5 cm2
N=10
N=9
N=8
N=7
N=4
N=2
0 1 2 3 4 5 6 7 8 9 10
VOLTAGE (V)


FIGURE 11


ROW WORDLINES
ROW WORDLINES
POLYSILICON
A'
$R_1$
$R_2$
$C_4$
$C_3$
$C_2$
$C_1$
B
B'
104
A

FIGURE 12


BURIED N+ LAYER
1301
C4
308
C3
306
P-TYPE SUBSTRATE
C2
308
C1
104
306
R1

FIGURE 13


POLYSILICON ($C_1$)
1401
STI
1401
STI
1401
STI
BURIED N+ LAYER
1301
1301

FIGURE 14

| | | VBL (V) | VWL (V) | PROGRAM | |
|---|---|---|---|---|---|
| PROGRAM | SC/SR | $V_{PP}$ | 0 | YES | 401 |
| | SC/UR | $V_{PP}$ | FLOATING | NO | 403 |
| | UC/SR | < 0.5 V | 0 | NO | 405 |
| | UC/UR | < 0.5 V | FLOATING | NO | 407 |
| | | | | $I_{SENSE}$ | |
| READ | SC/SR | $V_{DD}$ OR $V_{CC}$ | 0 | YES | 409 |
| | SC/UR | $V_{DD}$ OR $V_{CC}$ | $V_{DD}$ OR $V_{CC}$ | NO | 411 |
| | UC/SR | 0 OR FLOAT | 0 | NO | 413 |
| | UC/UR | 0 OR FLOAT | $V_{DD}$ OR $V_{CC}$ | NO | 415 |

FIGURE 15




**FIGURE 16**




**FIGURE 17**

0.18um/0.13um XPM CX CELL OPERATION

| | | VBL (V) | VWL (V) | PROGRAM |
|---|---|---|---|---|
| PROGRAM | SB/SW | $V_{PP}$ | 0 | YES |
| | SB/UW | $V_{PP}$ | PC TO $V_{PP}/2$ AND FL | NO |
| | UB/SW | < 0.5 V | 0 | NO |
| | UB/UW | < 0.5 V | PC TO $V_{PP}/2$ AND FL | NO |
| | | | | $I_{SENSE}$ |
| READ | SB/SW | $V_{DD}$ OR $V_{CC}$ | 0 | YES |
| | SB/UW | $V_{DD}$ OR $V_{CC}$ | $V_{DD}$ OR $V_{CC}$ | NO |
| | UB/SW | 0 | 0 | NO |
| | UB/UW | 0 | $V_{DD}$ OR $V_{CC}$ | NO |

$V_{PP}$ = 8~9V FOR $G_{OX}$=32A (0.18um) OR 5-7 FOR $G_{OX}$=20A, OR 3~4.5 V FOR 10-15A (5 TO 10A THINNER THAN NORMAL STANDARD GATE OXIDE)
$V_{DD}$ = I/O VOLTAGE 3.3V OR 2.5V
$V_{CC}$ = 1.8V FOR 0.18um AND 1.2V FOR 0.13um

FIGURE 18




FIGURE 19




FIGURE 20




FIGURE 21




FIGURE 22




FIGURE 23




FIGURE 24




FIGURE 25




FIGURE 26




FIGURE 27

# HIGH DENSITY SEMICONDUCTOR MEMORY CELL AND MEMORY ARRAY USING A SINGLE TRANSISTOR AND HAVING VARIABLE GATE OXIDE BREAKDOWN

## RELATED APPLICATIONS

This application is a continuation-in-part of co-pending U.S. patent application Ser. No. 10/677,613 filed Oct. 2, 2003 entitled "HIGH DENSITY SEMICONDUCTOR MEMORY CELL AND MEMORY ARRAY USING A SINGLE TRANSISTOR HAVING A BURIED N+ CONNECTION", which is a continuation-in-part of U.S. patent application Ser. No. 10/448,505 filed May 30, 2003, now U.S. Pat. No. 6,856,540 entitled "HIGH DENSITY SEMICONDUCTOR MEMORY CELL AND MEMORY ARRAY USING A SINGLE TRANSISTOR" and U.S. patent application Ser. No. 10/133,704 filed Apr. 26, 2002, now U.S. Pat. No. 6,777,757 entitled "HIGH DENSITY SEMICONDUCTOR MEMORY CELL AND MEMORY ARRAY USING A SINGLE TRANSISTOR", to which priority from all is hereby claimed under 35 USC § 120.

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to a nonvolatile programmable semiconductor memory, and more particularly to a single transistor memory cell programmed by break down of the transistor gate oxide, and a memory array incorporating such cells.

## BACKGROUND OF THE INVENTION

Nonvolatile memory retains stored data when power is removed, which is desirable in many different types of electronic devices. One commonly available type of nonvolatile memory is the programmable read-only memory ("PROM"), which uses word line—bit line crosspoint elements such as fuses, anti-fuses, and trapped charge devices such as the floating gate avalanche injection metal oxide semiconductor ("FAMOS") transistor to store logical information.

An example of one type of PROM cell that uses the breakdown of a silicon dioxide layer in a capacitor to store digital data is disclosed in U.S. Pat. No. 6,215,140 to Reisinger et al. The basic PROM disclosed by Reisinger et al. uses a series combination of an oxide capacitor and a junction diode as the crosspoint element (the term "crosspoint" refers to the intersection of a bitline and a wordline). An intact capacitor represents the logic value 0, and an electrically broken-down capacitor represents the logic value 1. The thickness of the silicon dioxide layer is adjusted to obtain the desired operation specifications. Silicon dioxide has a breakdown charge of about 10 C/cm$^2$ (Coulomb/cm$^2$). If a voltage of 10 volts is applied to a capacitor dielectric with a thickness of 10 nm (resultant field strength 10 mV/cm), a current of about 1 mA/cm$^2$ flows. With 10 volts, this thus results in a substantial amount of time for programming a memory cell. However, it is more advantageous to design the capacitor dielectric to be thinner, in order to reduce the high power loss which occurs during electrical breakdown. For example, a memory cell configuration having a capacitor dielectric with a thickness of 3 to 4 nm can be operated at about 1.5 V. The capacitor dielectric does not yet break down at this voltage, so that 1.5 V is sufficient to read data from the memory cell. Data are stored, for example, at 5 V, in which case one cell strand in a memory cell configuration can be programmed within about 1 millisecond. The energy loss which occurs in this case per cm$^2$ of capacitor dielectric is then about 50 Watts (10 Coulomb*5 V). If the desired power loss is about 0.5 W, about 100 seconds are required to program a 1 Gigabit memory. If the permissible power losses are higher, the programming can be carried out correspondingly more quickly.



Some types of nonvolatile memory are capable of being repeatedly programmed and erased, including erasable programmable read only semiconductor memory generally known as EPROM, and electrically erasable programmable read only semiconductor memory generally known as EEPROM. EPROM memory is erased by application of ultraviolet light and programmed by application of various voltages, while EEPROM memory is both erased and programmed by application of various voltages. EPROMs and EEPROMs have suitable structures, generally known as floating gates, that are charged or discharged in accordance with data to be stored thereon. The charge on the floating gate establishes the threshold voltage, or $V_T$, of the device, which is sensed when the memory is read to determine the data stored therein. Typically, efforts are made to minimize gate oxide stress in these types of memory cells.

A device known as a metal nitride oxide silicon ("MNOS") device has a channel located in silicon between a source and drain and overlain by a gate structure that includes a silicon dioxide layer, a silicon nitride layer, and an aluminum layer. The MNOS device is switchable between two threshold voltage states $V_{TH(high)}$ and $V_{TH(low)}$ by applying suitable voltage pulses to the gate, which causes electrons to be trapped in the oxide-nitride gate ($V_{TH(high)}$) or driven out of the oxide-nitride gate ($V_{TH(low)}$). Again, efforts are made to minimize gate oxide stress in these types of memory cells.

A junction breakdown memory cell that uses a stored charge on the gate of a gate controlled diode to store logic 0 and 1 values is disclosed in U.S. Pat. No. 4,037,243 to Hoffman et al. Charge is stored on the gate by using a capacitance formed between the p-type electrode of the gate controlled diode and the gate electrode. Charge storage is enhanced by using a composite dielectric in the capacitor formed from silicon dioxide and silicon nitride layers in place of silicon dioxide. The application of an erase voltage to the electrode of the gate controlled diode causes the oxide-nitride interface surface to fill with negative charge, which is retained after the erase operation is completed. This negative interface charge causes the gate controlled diode to operate in an induced junction mode even after the erase voltage is removed. When the gate controlled diode is thereafter read, it exhibits field-induced junction breakdown of its channel and a saturation current flows. The field induced junction breakdown voltage is less than the metallurgical junction breakdown voltage. However, the application of a write voltage to the electrode of the gate controlled diode causes the silicon dioxide/silicon nitride interface to fill with positive charge, which is retained after the write operation is completed. When the gate controlled diode is thereafter read, it will not break down because no channel exists. Only a slight current flows. The different current flows are sensed and indicate different logic states.

Improvements in the various processes used for fabricating the various types of nonvolatile memory tend to lag improvements in widely used processes such as the advanced CMOS logic process. For example, processes for devices such as flash EEPROM devices tend to use 30% more mask steps than the standard advanced CMOS logic process to produce the various special regions and structures required for the high voltage generation circuits, the triple

programming voltage combinations, which are shown on lines **401**, **403**, **405**, and **407** of FIG. **4**. Read voltages are shown on lines **409**, **411**, **413**, and **415**. Assume that a memory cell **102** is selected for programming and is located at the crosspoint of $R_1$ and $C_1$. The selected memory cell **102** is referred to as at the selected row and selected column ("SR/SC"). As shown on line **401**, the voltage on the selected wordline $R_1$ (designated as $V_{wordline}$ or "voltage on the wordline") is 0 volts and the voltage on the bitline $C_1$ (designated as $V_{bitline}$ or "voltage on the bitline") is a programming voltage ($V_{PP}$), in this case 8 volts. Thus, the voltage across the gate (the bitline $C_1$) of the transistor **104** and the source (the wordline $R_1$) of the transistor **104** is 8 volts. The gate oxide **304** of the transistor **104** is designed to break down at this potential difference, which programs the memory cell. During programming, the voltage potential breaks down the gate oxide and results in a leakage current through the gate oxide into the underlying substrate and collected mostly by the N+ source/drain, which is connected to ground. Further, the result of this is that a programmed n+ region **501** (see FIG. **5**) is formed in the p-well **302** between the n+ source region **306** and the n+ drain region **308** of the transistor **104**.

It can be appreciated that the precise magnitude of voltages applied is dependent upon the thickness of the gate oxide and other factors. Thus, for example, for a 0.13 micron CMOS process, the gate oxide is typically thinner, thereby requiring a lower voltage differential between the selected wordline and the selected bitline. In one embodiment, where a 0.13 micron CMOS process is used, the bitline $C_1$, and the unselected word line has a voltage of 4.5 volts and the unselected bitline $R_1$ has a voltage of between 0 and 1.2 volts.

With $R_1$ and $C_1$ being the selected row and column, consider the impact on the memory cell **102** at the crosspoint of a selected row and an unselected column ("SR/UC"), e.g., $R_1$ and $C_2$. As shown on line **405**, the voltage on the wordline $R_1$ is 0 volts and the voltage on the unselected bitline $C_2$ is 0 or floating. This causes a relatively low potential difference across the gate oxide **304** of the transistor **104**, which is insufficient to break down the gate oxide for the transistor **104** at the crosspoint. The memory cell **102** does not program under these conditions.

With $R_1$ and $C_1$ being the selected row and column, consider the impact on the memory cell **102** at the crosspoint of a selected column and an unselected row ("UR/SC"), e.g. $R_2$ and $C_1$. As shown on line **403**, the voltage on the unselected wordline $R_2$ is floating or $V_{PP}$ and the voltage on the bit line $C_1$ is at $V_{PP}$ (8 volts in this example). This causes a relatively low potential difference across the gate oxide **304** of the transistor **104**. The memory cell **102** does not program under these conditions.

With $R_1$ and $C_1$ being the selected row and column, consider the impact on the memory cell **102** at the crosspoint of an unselected column and an unselected row ("UR/UC"), e.g. $R_2$ and $C_2$. As shown on line **407**, the voltage on the unselected wordline $R_2$ is floating or $V_{PP}$ and the voltage on the unselected bitline $C_2$ is 0 volts or floating. This causes a negative potential difference across the gate **304** and the N+ source/drain of the transistor **104**. Since the N+ source/drain is positive and gate is negative, the higher voltage on the source/drain will not pass under the gate, so the memory cell **102** does not program under these conditions. Further, the voltage on the unselected wordline could be biased to an intermediate voltage, such as 2V to 6V to prevent the cell from being programmed. However, the programmed cell will cause a leakage current from the selected bitline to the unselected wordline. If the unselected bit line is floating, the leakage current will charge it up, which causes the voltage to raise up in the bitline. By biasing the unselected wordlines $R_x$ to $V_{PP}$, we can prevent this leakage and thus the charge time of the selected bitline through programmed cells can be reduced.

After a memory cell **102** has been programmed by breaking down the gate oxide **304**, the physical characteristics of the cell **102** is changed. Turning to FIG. **5**, a transistor **104** of the memory cell **102** has been programmed. During programming, a programmed n+ region **501** is formed underneath the gate of the transistor **104**. This programmed n+ region **501** is formed as current (during the programming process) pierces through the gate oxide **304** and deposits into the substrate (p-well **302**).

Although difficult to view clearly in FIG. **3**, as noted above, the polysilicon gate **310** for the transistors **104** should not overlap vertically with the n+ source/drain regions **306** and **308**. Indeed, the separation laterally between the gate **310** and the n+ source region **306** and n+ drain region **308**, by for example the use of a CMOS LDD spacer, should be sufficient to prevent short circuiting during programming. As seen in FIG. **3**, this lateral separation is designated as a lateral distance D. In one embodiment, the lateral distance D is between 0.02 microns to 0.08 microns as formatted by a LDD dielectric spacer in CMOS logic devices. By not having the polysilicon gate overlap or proximal to the n+ source/drain regions, during programming, the polysilicon gate will not short directly to the n+ source/drain regions. Instead, the programmed n+ region **501** is formed. Further, alternative methods by which short circuiting is avoided between the gate **310** and the n+ regions **306** and **308** may be utilized. As but one example, the gate oxide near the n+ regions **306** and **308** may be made thicker by poly gate sidewall oxidation after the gate poly etch. It can be appreciated that other methods are also suitable.

The programmed memory cell of FIG. **5** can be seen in schematic form in FIG. **6**. The result of programming a memory cell is the formation of two gated diodes **601** and **603**. The gated diodes **601** and **603** prevent current from flowing from the wordlines $R_y$ to the bitlines $C_x$. However, current will be allowed to flow from the bitlines $C_x$ to the wordlines $R_y$ during the read operation since the positive gate bias can induce a n+ inversion, which can make the connection to the N+ source/drain regions.

The memory array **100** is read in the following manner. A read select voltage VRD (for example 1.8 volts) is placed on the selected column bitline ("SC") and a read select voltage of 0 volts is placed on the selected row wordline ("SR"). Note that these voltages are for a typical 0.18 micron CMOS process. Lower voltages would be typically used for smaller more advanced CMOS processes. For example, for a 0.13 micron CMOS process, the read select voltage on the selected column bitline may be approximately 1.2 volts.

Assume that $R_1$ and $C_1$ are the selected row and column ("SC/SR") and that the memory cell **102** at that crosspoint is programmed. As shown on line **409**, 1.8 volts (a read select voltage) is applied via bitline $C_1$ to the gate of the transistor **104** and 0 volts is applied to the source via the wordline $R_1$. This causes a current to flow from the bitline $C_1$, through the gate oxide of the transistor **104**, and out through the wordline $R_1$, which is ground to zero. By detecting the current on the bitline, it can be determined whether the memory cell **102** is programmed. If the memory cell **102** is not programmed, no current will flow, which indicates that the memory cell is not programmed.

With $R_1$ and $C_1$ being the selected row and column for the read operation, consider the impact on the memory cell **102** at the crosspoint of a selected column and an unselected row ("UR/SC"), e.g. $R_2$ and $C_1$. As shown on line **411**, 1.8 volts is on the selected bitline $C_1$ and the source via the unselected wordline $R_2$ is held to floating or $V_{RD}$. There is no voltage potential across the transistor and no current flow, which indicates that the memory cell is not programmed. By biasing the unselected wordline $R_2$ to $V_{RD}$, the charge time of the selected bitline through programmed cells can be reduced. This is because if the unselected wordline is floating, it will take some time to charge it up to by the selected bit through the programmed cell.

With $R_1$ and $C_1$ being the selected row and column for the read operation, consider the impact on the memory cell **102** at the crosspoint of an unselected column and a selected row ("SR/UC"), e.g. $R_1$ and $C_2$. As shown on line **413**, 0 volts is on the unselected bitline $C_2$ and 0 volts is applied to the source via the selected wordline $R_1$. There is no voltage potential across the transistor and no current flow, which indicates that the memory cell is not programmed.

With $R_1$ and $C_1$ being the selected row and column for the read operation, consider the impact on the memory cell **102** at the crosspoint of an unselected column and an unselected row ("UR/UC"), e.g. $R_2$ and $C_2$. As shown on line **415**, 0 volts is on the unselected bitline $C_2$ and the source via the unselected wordline $R_2$ is held to floating or $V_{RD}$. Even for the cell that was previously programmed, and the programmed cell acts like a reversed biased diode, so there is no current going from the unselected wordline (1.8V) to the unselected bitline (0V), which indicates that the memory cell is not programmed.

Thus, as seen above, during the read cycle, no current is drawn by memory cells at crosspoints having either an unselected row or an unselected column. Note that the unselected wordlines may be left floating. This embodiment will tend to reduce leakage current through the wordlines, as well as allowing the use of smaller word line drivers, thereby saving integrated circuit space.

Moreover, in an alternative embodiment, in order to increase the n+ source/drain junction breakdown voltage and reduce junction leakage in the case of an unselected wordline charged to $V_{PP}$ either from the selected word line through prior programmed cells or through a word line driver, a high energy, low dose n+ implant can be used. The implant may be a standard n+ electrostatic discharge protection implant from a conventional CMOS process or other existing implant steps, thus staying within standard CMOS logic process. Still, in other embodiments, a special implant step may be added to optimize the implanting.

An alternative embodiment of the present invention is shown in FIGS. **12–14**. The operation tabitlinee of this alternative embodiment is shown in FIG. **15**. In the alternative embodiment of FIG. **12**, the row wordlines $R_1$ and $R_2$ are not formed from a metal deposition as is shown in the embodiment of FIG. **2**. Instead, the row wordlines $R_1$ and $R_2$, and in general all of the row wordlines $R_Y$, are formed from a buried $n^+$ layer formed in the substrate. The buried n+ layer thus replaces the metal wordlines discussed above. Because of this, there is no need for metal contact to connect the row wordlines $R_Y$ to the N+ source regions **306**. In general, this allows for higher density integration of the memory array.

For clarity purposes, it should be noted that the buried N+ layer forming the row wordlines $R_1$ and $R_2$ of FIG. **12** is shown, while the N+ source regions **306** and the n+ drain regions **308** are not shown in the top view of FIG. **12**.

FIG. **13** is a cross-section view of the silicon substrate taken along line A–A' of FIG. **12**. The buried N+ layer **1301** is formed just underneath the N+ source regions **306** and N+ drain regions **308**. Indeed, the N+ source regions **306** are in electrical contact with the buried N+ layer **1301**. Thus, the buried n+ layer **1301** replaces the metal row line $R_y$ of FIG. **2**. Additionally, the n+ drain regions **308** are also in contact with the buried N+ layer **1301**.

FIG. **14** shows a cross-section view of the substrate taken along ine B–B' of FIG. **12**. In this embodiment, shallow trench isolations ("STI") **1401** serve to separate and isolate the memory cells. The buried n+ layer **1301** is shown under the surface of the substrate, but still separated by the shallow trench isolations **1401**.

The formation of the buried n+ layers **1301** will require additional masking and implantation steps. In one embodiment, or arsenic may be used as the dopent instead of phosphorous in order to limit the diffusion layer thickness in the deep submicron process. The buried n+ layer **1301** can be formed using high energy ion implantation either before or after the formation of the thin gate oxide layer and/or the polysilicon deposition. Alternatively, the buried n+ layer **1301** may be deposited using an epitaxial deposition technique. Further, in order to be CMOS logic process compatible, the lightly doped P-type implant is the same as the logic NMOS threshold voltage $V_t$ implant.

Compared to the embodiment shown in FIG. **2**, the buried n+ layer **1301** can reduce the size of the memory array by 50% or more due to the smaller critical dimensions possible with the photolithography steps relative to metal and contact via formulation.

Finally, FIG. **15** shows the operation table for the embodiment of FIGS. **12–14**. The programming voltage $V_{PP}$ is approximately 8–9 volts for a gate oxide thickness of 32 angstroms or 5–6 volts for gate oxide thickness of 20 angstroms. Typically, the $V_{DD}$ is the input/output voltage and is on the order of 3.3 volts or 2.5 volts. The power supply voltage of $V_{CC}$ is typically 1.8 volts for 0.18 micron process or 1.2 volts per 0.13 micron process. As you can see, there can be a range of voltages used in order to form the programming and reading functions. Note also that at lines **405** and **407** (for the unselected columns), the voltage on the column bitline $V_{bitline}$ is less than 0.5 volts. If the unselected column bitline is greater than 0.5 volts (in other words $V_t$), the previously programmed cells along the common column bitline will have a large leakage current through the programmed cells. By limiting $V_{bitline}$ to under $V_t$, this leakage current can be reduced or eliminated.

Various studies of oxide breakdown, which were performed in contexts different than the memory cells **102** shown in the array **100**, indicate suitable voltage levels for breaking down ultra-thin gate oxides and establishing that the breakdown is controllable. When an ultra-thin gate oxide is exposed to voltage-induced stress, breakdown in the gate oxide occurs. Although the actual mechanisms leading to the intrinsic breakdown of gate oxide are not well understood, the breakdown process is a progressive process passing through a soft breakdown ("SBD") stage followed by a hard breakdown ("HBD") stage. One cause of breakdown is believed to be oxide defect sites. These may act alone to cause breakdown, or may trap charges and thereby cause high local fields and currents and a positive feedback condition that leads to thermal runaway. Improved fabrication processes resulting in fewer oxide defects are reducing the occurrence of this type of breakdown. Another cause of breakdown is believed to be electron and hole trapping at

various sites even in defect-free oxide, which also leads to thermal runaway.

Rasras et al. performed a carrier separation experiment which demonstrated that, under positive gate bias, impact ionization of the electrons in the substrate is the dominant source of the substrate hole current. Mahmoud Rasras, Ingrid De Wolf, Guido Groeseneken, Robin Degraeve, Herman e. Maes, Substrate Hole Current Origin after Oxide Breakdown, IEDM 00-537, 2000. A constant voltage stress experiment was performed on ultra-thin oxide in an arrangement in which channel inversion was involved, and established that both SBD and HBD may be used for storing data, and that a desired degree of SBD or HBD may be obtained by controlling the time over which the gate oxide storage element is stressed. FIG. 7 shows a schematic cross-sectional representation of the experimental setup. The effect of the constant voltage stress on the ultra-thin gate oxide is shown in the graph of FIG. 8, in which the x-axis is time in seconds and the y-axis is current in amperes expressed logarithmically. FIG. 8 shows the gate and substrate hole current measured before and after soft and hard breakdown under constant voltage stress. For roughly 12.5 seconds, the total current is substantially constant and dominated by an electron current as measured by $I_g$. The leakage is believed to be due to Fowordlineer-Nordheim ("FN") tunneling and stress-induced leakage current ("SILC"). At about 12.5 seconds, a large jump in the measured substrate hole current is observed, which signals the onset of a soft breakdown ("SBD"). The total current remains substantially constant at this new level, albeit with some fluctuation in the substrate current, from about 12.5 seconds to about 19 seconds. At about 19 seconds, large jumps in both the electron current and the substrate hole current signal the onset of hard breakdown ("HBD"). FIG. 8 shows that a desired degree of SBD or HBD may be obtained by controlling the time over which the gate oxide storage element is stressed.

Sune et al. studied post SBD conduction in ultra-thin silicon dioxide films. Jordi Sune, Enrique Miranda, Post Soft Breakdown conduction in SiO2 Gate Oxides, IEDM 00-533, 2000. Various stages in the current-voltage ("I-V") characteristics of an ultra-thin gate oxide as degradation proceeds are shown in FIG. 9, in which the x-axis is voltage in volts and the y-axis is current in amperes expressed logarithmically. FIG. 9 shows that a broad range of voltages may be used to program the gate oxide storage element, and that either SBD or HBD may be used to store information in the gate oxide storage element. Several post breakdown I-V characteristics are also included that show the evolution from SBD to HBD. The amount of the leakage current resulting at SBD and HBD as well as at the intermediate situations between these two extremes is roughly linearly dependent on the magnitude of the voltage in a range of about 2.5 volts to 6 volts.

Wu et al. studied the voltage dependency of voltage acceleration for ultra-thin oxides. E. Y. Wu et al., Voltage-Dependent Voltage-Acceleration of Oxide Breakdown for Ultra-Thin Oxides, IEDM 00-541, 2000. FIG. 10 is a graph of time-to-breakdown at 63% distribution vs. gate voltage in a semi-log scale measured n channel FETs (inversion) for oxide thickness varying from 2.3 nm to 5.0 nm. The distributions are in general agreement and are linear, further indicating that the process is controllable.

Miranda et al. measured the I-V characteristics of nMOSFET devices having an oxide thickness of 3 nm and an area of $6.4 \times 10^{-5}$ $cm^2$ after the detection of successive breakdown events. Miranda et al., "Analytic Modeling of Leakage Current Through Multiple Breakdown Paths in $SiO_2$ Films", IEEE 39th Annual International Reliability Physics Symposium, Orlando, Fla., 2001, pp 367–379. FIG. 11 shows the results corresponding to the linear regime in which "N" is the number of conducting channels. The results are quite linear, indicating that the path is essentially resistive.

In the embodiments described above, typically the n-type lightly doped drain (NLDD) implant is blocked to not have the gate overlap with the source/drain N+ diffusions (see FIG. 3 and spacing D). This creates a reverse diode between the wordline N+ S/D diffusion and the bitline polysilicon gate in the programmed cell. This results in reduced leakage between the un-selected wordline (biased at Vdd or even higher, in the case where the floating wordline is charged up by a selected bitline at Vpp through a programmed cell) to the unselected bitline (biased at 0 v or floating).

In the structures shown in FIGS. 1–6 and 12–15, the gate-oxide breakdown point is near the gate edge next to the wordline N+ diffusion region (see FIG. 5). The punch-through voltage from the wordline N+ diffusion region to the oxide breakdown point is relatively low, so the reverse diode is not effective to prevent the leakage current from unselected wordlines to unselected bitlines. This may be undesirable for several reasons.

Thus, in accordance with the present invention, the gate oxide that is proximal to the floating N+ diffusion region is made to be more susceptible to breakdown than the gate oxide that is proximal to the wordline N+ diffusion region. While this can be done in a myriad of ways, two separate approaches are described herein: (1) making the gate oxide near the floating N+ diffusion regions thinner than the gate oxide near the wordline N+ diffusion region (various methods for implementing with two specific embodiments shown below); or (2) damaging the gate oxide near the floating N+ diffusion region with an implant so as to make the gate oxide more susceptible to breakdown. It can be appreciated that the present invention is primarily directed to having a lower breakdown voltage at the floating N+ diffusion region and that any manufacturing or structural implementation now possible or developed in the future for achieving that aim is within the scope of this invention.

In one embodiment, as seen in FIG. 16, in order to shift the gate oxide breakpoint away from the gate edge at the wordline N+ diffusion region, the gate oxide may be made thinner at the side of floating N+ source (diffusion) region (Alternative 1). The floating N+ diffusion region connects the adjacent two cells on the same wordline. Alternatively, the gate oxide may be made thicker at the side of the gate near the wordline N+ region (Alternative 2). Note that the present invention can be easily extended to a PMOS device where PMOS devices are formed inside an N-well.

Memory cells using this differential gate oxide MOS device have the following advantages:

1. Cell programming by oxide breakdown always occurs preferentially on the floating source side of the gate.

2. This provides a robust reverse diode between the drain (wordline contact) and the polysilicon gate (bitline) of a programmed cell.

3. The reverse diode punchthrough voltage is thereby greatly improved compared with the uniform gate oxide cell, where the gate oxide breakdown could occur near the drain side (resulting in low punch through voltage of the reverse diode).

4. The programming voltage will be reduced (down to 3.5–5 V) since the source side gate oxide thickness is much thinner than the standard gate oxide, which normally requires 6 to 6.5 V to program.

FIG. 17 illustrates the equivalent electrical circuit of the differential-oxide 1T memory cell. FIG. 18 shows the cell operation bias voltages of one embodiment. There are several techniques that can be used to form such differential gate oxide, two of which are described below.

Alternative 1: Using nitrogen (N2) implant (or other implant species which can reduce the silicon oxidation rate) on one side of the gate to create differential gate oxide thickness. However, the differential gate oxide created by this method is not self-aligned.

As seen in FIGS. 19 and 20, after the Pwell and channel Vt implant, a photomask is used to make a selected nitrogen implant in the silicon region where the thinner gate oxide will be grown.

Next, turning to FIG. 21, the post implant photomask is removed, a preliminary gate oxidation cleaning step is performed, and a normal gate oxidation is performed to grow 20 A (for 0.13 $\mu$m generic process) on the non-nitrogen implanted area. At the same time, a 10 to 15 A thinner gate oxide will be grown in the nitrogen implanted silicon region.

Turning to FIG. 22, after the gate polysilicon deposition and polysilicon gate etch, this is followed by a NLDD implant and N+ S/D implant. Finally, a NMOS memory cell with differential gate oxide thickness on the source and drain are formed as shown.

Finally, turning to FIG. 23, after contact connection to the word line diffusions (wordline) and polysilicon bit lines (bitline), the memory cell with differential gate oxide NMOS devices are formed.

In an alternative method (Alternative 2), an isotropic etch is used on the drain side followed by oxidation. The differential gate oxide created by this method is self-aligned. Specifically, as seen in FIG. 24, after the gate polysilicon etch, a photoresist is used to cover the source side, and an isotropic etch (usually wet etch) is performed to create an undercut on the drain (wordline) side gate oxide.

Next, as seen in FIG. 25, the photoresist is removed and an oxidation step is performed to fill in the undercut gate, thus making a thicker gate oxide on the drain (wordline) side. This is followed by regular NLDD implant, spacer deposition, spacer etch and S/D implant.

The above two methods describe making the thickness of the gate oxide different based upon location relative to the source and drain of the transistor. This is done in order to have a lower breakdown voltage for the gate oxide nearer the floating N+ diffusion region. Another method for accomplishing the same task is to damage the gate oxide nearer the floating N+ diffusion region by, for example, implantation of heavy ions.

Specifically, another method is to implant heavy ions, such as As+, to selectively damage the gate oxide to make its oxide breakdown voltage lower than the normal gate oxide. This is also a self-aligned process. For example, as seen in FIG. 26, after the gate polysilicon etch, a photoresist is used to cover the drain side. Then, an angled (15~60 degrees, and 2 way or 4 way rotation implants) As+ implant is performed on the floating source side. As seen in FIG. 27, the next step is to remove the photoresist and perform the regular LDD implant, spacer deposition, spacer etch and S/D implant.

Note that the transistors used in the memory cells described herein in most cases are normal low voltage logic transistors having, for example, an ultra-thin gate oxide thickness on the order of 50 Å for a 0.25 $\mu$m process, or on the order of 20 Å for a 0.13 $\mu$m process. The voltage across such an ultra-thin gate oxide can be temporarily during programming much higher than $V_{CC}$, which typically is 2.5 volts for an integrated circuit fabricated with a 0.25 $\mu$m process, and 1.2 volts for an integrated circuit fabricated with a 0.13 $\mu$m process. Such ultra-thin oxides typically can stand up to as much as 4 or 5 volts without significant degradation on the transistor performance.

The description of the invention and its applications as set forth herein is illustrative and is not intended to limit the scope of the invention. Variations and modifications of the embodiments disclosed herein are possible, and practical alternatives to and equivalents of the various elements of the embodiments are known to those of ordinary skill in the art. For example, the various voltages set forth in the various examples are only illustrative, since one has some discretion as to the precise voltage to select within a range of voltages, and the voltages are in any event dependent on the device characteristics. The terms row wordline and column bitline have been used to describe types of lines commonly used in memories, but some memories may have alternatives thereto. Further, the various doping types may be reversed, such that an n-channel transistor described above may be replaced with a p-channel transistor. In such a situation, the p-channel transistor would be formed in a large n-well and a buried p+ layer may be used. These and other variations and modifications of the embodiments disclosed herein may be made without departing from the scope and spirit of the invention.

What is claimed is:

1. A programmable memory cell useful in a memory array having column bitlines and row wordlines, the memory cell comprising:

a transistor having a gate, a gate dielectric between the gate and over a substrate, and first and second doped semiconductor regions formed in said substrate adjacent said gate and in a spaced apart relationship to define a channel region therebetween and under said gate; and

wherein the second doped semiconductor region of the transistor is connected to one of said row wordlines, and wherein said gate dielectric is formed such that the gate dielectric is more susceptible to breakdown near the first doped semiconductor region than said second doped semiconductor region.

2. The memory cell of claim 1 wherein said row wordlines are formed from a buried N+ layer.

3. The memory cell of claim 1 wherein the gate dielectric of the transistor is thicker proximal to the second doped semiconductor region than to the first doped semiconductor region.

4. The memory cell of claim 1 wherein the gate dielectric of the transistor is damaged by ion implantation near said first doped semiconductor region.

5. The memory cell of claim 1 wherein said gate is formed from one of said column bitlines.

6. The memory cell of claim 1 wherein said memory cells further including a programmed doped region formed in said substrate in said channel region when said memory cell has been programmed.

7. A method of operating a programmable memory array comprising a plurality of row wordlines, a plurality of column bitlines, and a plurality of memory cells at respective crosspoints of the row lines and column lines, said memory cells comprising a transistor having a gate, a gate dielectric between the gate and over a substrate, and first and second doped semiconductor regions formed in said substrate adjacent said gate and in a spaced apart relationship to

define a channel region therebetween and under said gate, the gate being formed from one of said column bitlines, and the second doped semiconductor region of the transistor connected to one of said row wordlines, said gate dielectric formed such that the gate dielectric is more susceptible to breakdown near the first doped semiconductor region than said second doped semiconductor region, the method comprising:

applying a first voltage to a selected one of the column bitlines and gate of a selected transistor; and

applying a second voltage to a selected one of the row wordlines;

wherein the first voltage and the second voltage form a potential difference across the gate dielectric of said selected transistor to cause the formation of a programmed doped region in said substrate in said channel region of said selected transistor.

**8**. The method of claim **7** wherein said selected transistor is read by applying a fourth voltage on the gate of said selected transistor and monitoring for a current flowing from said gate to said selected column bitline.

**9**. A programmable memory array comprising a plurality of row wordlines, a plurality of column bitlines, and a plurality of memory cells at respective crosspoints of the row wordlines and column bitlines, each of the memory cells comprising:

a transistor having a gate, a gate dielectric between the gate and over a substrate, and first and second doped



semiconductor regions formed in said substrate adjacent said gate and in a spaced apart relationship to define a channel region therebetween and under said gate, the gate being formed from one of said column bitlines; and

wherein the second doped semiconductor region of the transistor is connected to one of said row wordlines, said gate dielectric is formed such that the gate dielectric is more susceptible to breakdown near the first doped semiconductor region than said second doped semiconductor region.

**10**. The memory array of claim **9** wherein said row wordlines are formed from a buried N+ layer.

**11**. The memory array of claim **9** wherein said column bitlines are connected to said gate by a column bitline segment.

**12**. The memory array of claim **9** wherein the gate dielectric of the transistor is thicker proximal to the second doped semiconductor region than to the first doped semiconductor region.

**13**. The memory array of claim **9** wherein the gate dielectric of the transistor is damaged by ion implantation near said first doped semiconductor region.

**14**. The memory array of claim **9** wherein said memory cells further including a programmed doped region formed in said substrate in said channel region when said memory cell has been programmed.

* * * * *