| | | |
|---|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP | GREENBERG TRAURIG LLP<br>J. JAMES LI (State Bar No. 204133) |
| 2 | ROGER L. COOK (State Bar No. 55208)<br>ROBERT D. TADLOCK (State Bar No. 238479) | DAVID J. PEREZ (State Bar No. 238136)<br>1900 University Avenue, 5th Floor |
| 3 | Two Embarcadero Center Eighth Floor | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 576-0200 | Facsimile: (650) 328-8508 |
| 5 | Facsimile: (415) 576-0300<br>Email: rlcook@townsend.com | Email: lij@gtlaw.com<br>       perezj@gtlaw.com |
| 6 | rdtadlock@townsend.com | MARK L. HOGUE (*Pro Hac Vice Pending*) |
| 7 | JORDAN TRENT JONES (State Bar No. 166600) | SHAILENDRA MAHESHWARI (*Pro Hac Vice Pending*)<br>201 L Street, NW |
| 8 | ERIC M. HUTCHINS (CA Bar No. 245462)<br>379 Lytton Avenue | Washington, D.C. 20037<br>Telephone: (202) 331-310 |
| 9 | Palo Alto, CA 94301<br>Telephone: (650) 326-2400 | Facsimile: (202) 331-3101<br>Email: hoggem@gtlaw.com |
| 10 | Facsimile: (650) 326-2422<br>Email: jtjones@townsend.com | maheshwaris@gtlaw.com |
| 11 | emhutchins@townsend.com | |
| 12 | | |
| 13 | Attorneys for Defendant<br>SIDENSE CORPORATION | Attorneys for Plaintiff<br>KILOPASS TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SIDENSE CORPORATION,<br><br>    Defendant. | Case No. C10-02066 JL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SIDENSE CORPORATION TO RESPOND TO COMPLAINT**<br><br>**[Civil Local Rule 6-1(a)]** |

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SIDENSE
CORPORATION TO RESPOND TO COMPLAINT
CASE NO. C10-02066 JL

- 1 -

townsend.

Pursuant to Civil L.R. 6-1(a), Plaintiff Kilopass Technology, Inc. ("Kilopass") and Defendant Sidense Corporation ("Sidense") stipulate and agree to extend the time by which Sidense has to answer or otherwise respond to Kilopass' Complaint.

**STIPULATION**

WHEREAS, Kilopass filed this action on May 14, 2010;

WHEREAS, Kilopass served its Complaint on Sidense on June 18, 2010, and the current deadline for Sidense's response to the Complaint is July 9, 2010;

WHEREAS, at the request of Sidense, Kilopass and Sidense stipulate and agree that Sidense may have an extension until July 31, 2010 to answer or otherwise respond to Kilopass' Complaint;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court;

ACCORDINGLY, Kilopass and Sidense hereby stipulate to an extension of time to July 31, 2010 for Sidense to answer or otherwise respond to Kilopass' Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: July 7, 2010                Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By:  /s/ Jordan Trent Jones
     Jordan Trent Jones
     Attorneys for Defendant,
     SIDENSE CORPORATION

DATED: July 7, 2010                Respectfully submitted,

GREENBERG TRAURIG LLP

By:  /s/ J. James Li
     J. James Li
     Attorneys for Plaintiff,
     KILOPASS TECHNOLOGY, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: ___July 12___, 2010    By: _____/s/ James Larson_____
                                     THE HONORABLE JAMES LARSON
4                                    United States District Court Judge

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SIDENSE
CORPORATION TO RESPOND TO COMPLAINT                              - 3 -
CASE NO. C10-02066 JL

townsend.

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Jordan Trent
2  Jones, attest that concurrence in the filing of this document has been obtained from each of the
3  other signatories.  I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.  Executed this 7th day of July, 2010, at
5  San Francisco, CA.

By: */s/ Jordan Trent Jones*
    Jordan Trent Jones

62758592 v1