1  TOWNSEND and TOWNSEND and CREW LLP

2  ROGER L. COOK (State Bar No. 55208)
   ROBERT D. TADLOCK (State Bar No. 238479)
3  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email: rlcook@townsend.com
           rdtadlock@townsend.com
6
   JORDAN TRENT JONES (State Bar No. 166600)
7  ERIC M. HUTCHINS (State Bar No. 245462)
   379 Lytton Avenue
8  Palo Alto, CA  94301-1431
   Email: jtjones@townsend.com
9          emhutchins@townsend.com

10  Attorneys for Defendant
    SIDENSE CORP.

11

12              UNITED STATES DISTRICT COURT

13         FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  KILOPASS TECHNOLOGY INC.,                Case No. C10-02066 SI

17          Plaintiff,                       **JOINT STIPULATION AND
                                             [PROPOSED] ORDER REGARDING
18      v.                                   NOTICE OF CHANGED HEARING
                                             DATE AND BRIEFING SCHEDULE FOR
19  SIDENSE CORP.,                           SIDENSE'S MOTION TO DISMISS
                                             KILOPASS'S FIRST AMENDED
20          Defendant.                       COMPLAINT UNDER FED. R. CIV. P. 8
                                             AND 12**

21
                                             Date:     September 10, 2010
22                                           Time:     9:00 a.m.
                                             Ctrm.:    10, 19th Floor
23                                           Judge:    Hon. Susan Illston

24

25

26

27

28

townsend.

1    PLEASE TAKE NOTICE that, due to reassignment of the above-captioned matter, on

2  **Friday, September 10, 2010, at 9:00 a.m.,** or as soon thereafter as the matter may be heard,

3  before the Honorable Susan Illston, Judge of the United States District Court, 450 Golden Gate

4  Avenue, San Francisco, California 94102, in Courtroom 10, 19th Floor, there will be a hearing on

5  Defendant Sidense Corp.'s Motion to Dismiss, based on (1) this Notice, (2) Sidense Corp.'s

6  Motion to Dismiss, the Memorandum of Points and Authorities in support thereof, and the

7  [Proposed] Order filed on Wednesday, July 28, 2010 (Dkt. No. 12), and (3) any additional

8  material that may be elicited at the hearing of this Motion.

9    WHEREAS, Sidense Corp.'s Motion to Dismiss was previously served and filed on

10 July 28, 2010 and previously noticed for hearing on September 1, 2010.

11   WHEREAS, this case was reassigned to the Honorable Judge Susan Illston on August 3,

12 2010.

13   WHEREAS, Sidense Corp.'s Motion to Dismiss was taken off calendar due to the

14 reassignment of the case.

15   THEREFORE, it is hereby stipulated between the parties that:

16   1.    The hearing on Sidense Corp.'s Motion to Dismiss should be continued to

17         September 10, 2010 at 9:00 a.m.;

18   2.    Kilopass Technology shall file and serve its Opposition papers on Tuesday,

19         August 17, 2010; and

20   3.    Sidense Corp. shall file and serve its Reply brief on Friday, August 27, 2010;

21

22 DATED:  August 10, 2010          Respectfully submitted,

23                                 TOWNSEND and TOWNSEND and CREW LLP

24

25                                 By:  /s/ Jordan Trent Jones
                                        JORDAN TRENT JONES
26

27                                 Attorneys for Defendant
                                   SIDENSE CORP.
28

townsend.

1

2    DATED:  August 10, 2010                Respectfully submitted,

3                                           GREENBERG TRAURIG LLP

4

5                                           By:  /s/ Mark L. Hogge
                                                 MARK L. HOGGE
6
                                            Attorneys for Plaintiff
7                                           KILOPASS TECHNOLOGY INC.

8

9

10   **IT IS SO ORDERED:**

11

12   DATED:  _____

13                                           Hon. Susan Illston
                                             United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation And [Proposed] Order Re Notice Of Changed Hearing Date And Briefing
Schedule For Sidense's Motion To Dismiss Kilopass's First Amended Complaint Under Fed. R.
Civ. P. 8 and 12 -- Case No. C10-02066 JL                                        - 2 -

townsend.

1        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

2    penalty of perjury that concurrence in the filing of this document has been obtained from Mark L.

3    Hogge.

4

5    DATED:  August 10, 2010          Respectfully submitted,

6                                      TOWNSEND and TOWNSEND and CREW LLP

7

8                                      By:   /s/ Jordan Trent Jones

9                                          JORDAN TRENT JONES

10                                   Attorneys for Defendant
                                     SIDENSE CORP.

11

12   62809512 v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation And [Proposed] Order Re Notice Of Changed Hearing Date And Briefing
Schedule For Sidense's Motion To Dismiss Kilopass's First Amended Complaint Under Fed. R.
Civ. P. 8 and 12 -- Case No. C10-02066 JL          - 3 -

townsend.