IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC, | No. C 10-02066 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND DISMISSING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

Defendant has filed a motion to dismiss plaintiff's first amended complaint (Dkt. 12). Plaintiff thereafter filed a motion for leave to file a second amended complaint (Dkt. 21). These motions are scheduled for hearing on October 26, 2010. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing.

Having considered the papers submitted, and for good cause shown including judicial efficiency, the Court hereby GRANTS plaintiff's motion for leave to file a second amended complaint and DISMISSES defendant's motion to dismiss plaintiff's first amended complaint as moot. Plaintiff shall promptly file the proposed Second Amended Complaint and, if defendant determines that issues as to its sufficiency remain, it may file an appropriate motion. No further amendments of the complaint will be allowed.

**IT IS SO ORDERED.**

Dated: October 14, 2010

SUSAN ILLSTON
United States District Judge