IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC, | No. C 10-02066 SI |
| Plaintiff, | **ORDER SUA SPONTE RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

In light of the pending motion to dismiss, the Case Management Conference currently scheduled for December 20, 2010 is rescheduled to **Friday, January 14, 2011 at 2:30 p.m.** and attendant deadlines are adjusted accordingly.

Docket Nos. 45 and 46 are dismissed as moot.

**IT IS SO ORDERED.**

Dated: December 8, 2010

SUSAN ILLSTON
United States District Judge