IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC, | No. C 10-02066 SI |
| Plaintiff, | **ORDER CORRECTING FEB. 8, 2011 ORDER DENYING DEFENDANT'S MOTION TO STAY PENDING INTER PARTES REEXAMINATION** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

On February 8, 2011, the Court issued an Order Denying Defendant's Motion to Stay Pending Inter Partes Reexamination. Doc. 76. At page 6, lines 6-7, the order stated: "Although the factors for the Court to consider in this case do not weigh greatly in favor of one side or the other, on balance the factors weigh in favor of defendant." The order is hereby CORRECTED to state: "Although the factors for the Court to consider in this case do not weigh greatly in favor of one side or the other, on balance the factors weigh in favor of plaintiff."

**IT IS SO ORDERED.**

Dated: February 11, 2011

SUSAN ILLSTON
United States District Judge