1  James M. Shin (CA Bar No. 200161)
   james.shin@snrdenton.com
2  **SNR DENTON US LLP**
   1530 Page Mill Road, Suite 200
3  Palo Alto, CA 94304-1125
   Telephone: (650) 798-0300
4  Facsimile: (650) 798-0310

5  Mark L. Hogge (admitted *Pro Hac Vice*)
   mark.hogge@snrdenton.com
6  Shailendra K. Maheshwari *(admitted Pro Hac Vice)*
   shailendra.maheswari@snrdenton.com
7  **SNR DENTON US LLP**
   1301 K Street, N.W., Suite 600
8  Washington, D.C. 20005
   Telephone: (202) 408-6400
9  Facsimile:  (202) 408-6399

10 *Attorneys for Plaintiff*
   *Kilopass Technology, Inc.*

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| KILOPASS TECHNOLOGY, INC., a California Corporation, | Case No. 3:10-cv-02066 SI |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING WITHDRAWAL OF DAVID JOSEPH PEREZ AND J. JAMES LI AS ATTORNEY OF RECORD** |
| v. | |
| SIDENSE CORPORATION, a Canadian Corporation, | |
| Defendants. | |

---

[Proposed] Order Regarding Withdrawal of
David Joseph Perez and J. James Li as Attorney of Record    1        CASE NO. 3:10-cv-02066 SI

Having considered the request of Kilopass Technology, Inc. ("Kilopass") to allow David Joseph Perez of Greenberg Traurig LLP and J. James Li of LiLaw to withdraw their appearance as counsel of record for Kilopass in this action.

IT IS HEREBY ORDERED that:

1. Kilopass' request is GRANTED; and

2. David Joseph Perez and J. James Li are relieved as counsel of record for Kilopass.

Dated: February 11, 2011

                                            Respectfully submitted,

                                            /s/ James M. Shin
                                            James M. Shin
                                            SNR DENTON US LLP

                                            Attorneys for Plaintiff
                                            Kilopass Technology, Inc.

14937302\V-1

