IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | No. C 10-02066 SI |
| Plaintiff, | **ORDER RE: LETTER BRIEF MOTION TO COMPEL** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

On May 13, 2011, plaintiff Kilopass Technology filed a letter brief motion to compel. Doc. 14. Because the discovery dispute is between plaintiff and a non-party to this lawsuit, plaintiff shall file its request as a noticed motion to compel rather than by letter brief, and shall serve a copy of the motion on non-party Aminon, Inc.

**IT IS SO ORDERED.**

Dated: May 17, 2011

SUSAN ILLSTON
United States District Judge