| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | JAMES M. SHIN (State Bar No. 200161) |
| | james.shin@snrdenton.com |
| ROGER L. COOK (State Bar No. 55208) | IMRAN A. KHALIQ |
| ROBERT D. TADLOCK (State Bar No. 238479) | Imran.khaliq@snrdenton.com |
| Two Embarcadero Center Eighth Floor | SNR Denton US LLP |
| San Francisco, CA  94111 | 1530 Page Mill Road, Suite 200 |
| Telephone:  (415) 576-0200 | Palo Alto, CA 94304 |
| Facsimile:  (415) 576-0300 | Telephone: (650) 798-0300 |
| Email: rcook@kilpatricktownsend.com | Facsimile: (650) 798-0310 |
|        rtadlock@kilpatricktownsend.com | |
| | MARK L. HOGGE (Pro Hac Vice) |
| ERIC M. HUTCHINS (State Bar No. 245462) | mark.hogge@snrdenton.com |
| 379 Lytton Avenue | SHAILENDRA MAHESHWARI |
| Telephone:  (650) 326-2400 | (Pro Hac Vice) |
| Facsimile:  (650) 326-2422 | shailendra.maheshwari@snrdenton.com |
| Palo Alto, CA  94301-1431 | SNR Denton US LLP |
| Email: ehutchins@kilpatricktownsend.com | 1301 K Street, NW |
| | Washington, DC 20005 |
| LAW OFFICES OF JORDAN TRENT JONES | Telephone: (202) 408-6400 |
| JORDAN TRENT JONES (State Bar No. 166600) | Facsimile: (202) 408-6399 |
| 100 Spear Street, 18th Floor | |
| San Francisco, CA 94105 | Attorneys for Plaintiff |
| Telephone:  (415) 357-8940 | KILOPASS TECHNOLOGY, INC. |
| Facsimile: (415) 371-0500 | |
| E-mail:  jtjones@jordanjonesiplaw.com | |
| | |
| Attorneys for Defendant | |
| SIDENSE CORP. | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | Case No. CV 10-02066 SI |
| Plaintiff, | **STIPULATED AGREEMENT REGARDING E-DISCOVERY** |
| v. | Ctrm.:    10, 19th Floor |
| SIDENSE CORP., | Judge:    Hon. Susan Illston |
| Defendant. | |

STIPULATED AGREEMENT REGARDING E-DISCOVERY
CASE NO. C10-02066 SI

1  Pursuant to the stipulation of the parties and in accord with Federal Rule of Civil Procedure
2  29(b), THE PARTIES AGREE THAT:
3  1.  The Parties will produce Electronically Stored Information ("ESI") that includes but
4  is not limited to electronically stored documents, images, diagrams, compilations, e-mails,
5  spreadsheets and attachments to any of the foregoing, which may be stored on any type of electronic
6  media, including but not limited to hard drives, thumb drives, jump drives, or computers.  The
7  Parties agree to produce ESI according to the terms set forth in this Agreement except for
8  production of Source Code, which is separately addressed in the Stipulated Protective Order.
9  2.  Nothing in this Agreement alters, amends, modifies, supersedes, or replaces any
10 Party's obligations pursuant to the Federal Rules of Civil Procedure or Local Rules, including the
11 initial-disclosure obligations provided in Rule 26 and obligations to respond to timely discovery
12 requests pursuant to Rules 33, 34, or 36.  Nothing in this Agreement shall be construed to waive any
13 Party's rights to assert any form of privilege permitted by law.  Nothing in this Agreement alters or
14 replaces any provision of the Stipulated Protective Order (Dkt. No. 102) in this case.
15 3.  Each Party agrees to search, capture, and produce to the opposing party ESI
16 according to the following keyword search terms:[1]

| Search Terms for Kilopass to Run | Notes/Comments |
|---|---|
| 6,940,751 or 6940751 or '751 | |
| 6,677,757 or 6677757 or '757 | |
| 6,856,540 or 6856540 or '540 | |
| 7,402,855 or 7402855 or '855 | |
| 751 w/1 patent | |
| 757 w/1 patent | |
| 540 w/1 patent | |
| 855 w/1 patent | |
| 10/133,704 or 10/133704 or 10133704 | |
| 10/448,505 or 10/448505 or 10448505 | |
| 10/765,802 or 10/765802 or 10765802 | |
| 10/553,873 or10/553873 or 10553873 | |
| Jack or Peng | |
| Michael or Mike or Fliesler | |

_____

[1] The * in these keyword search terms is a wildcard indicator in which all derivatives of the root word is captured in all ESI that contains the root word.  The + in these keyword search terms is a symbol for the word "and" that is typically used in a Boolean search and will link words together to ensure that relevant/responsive documents are captured in all ESI containing the root word and any other word(s) contained in the parenthesis following the + sign.  The w/x symbol in these keyword search terms finds words within x number of words from each other.

| Search Terms for Kilopass to Run | Notes/Comments |
|---|---|
| David or Fong | |
| Anne or Kinsman | |
| Kevin or McGann | |
| Chun w/2 Ng or Chun | |
| James or Otteson | |
| Perkins Coie or Perkins | |
| Jaques or Martinella | |
| Phil or Moore | |
| Ian or Quinn | |
| Sidense | ** Or any other variation of Sidense (e.g., SID) used internally at Kilopass |
| Xerxes or Wania | |
| Wlodek or Kurjanowicz | |
| Jim or Lipman | |
| Todd or Humes | |
| Tom or Schild | |
| Susan or Cain | |
| Rheal or Gervais | |
| MacAskill | |
| Tomasz or Wojcicki | |
| Mark or Davitt | |
| Eddy or Huang | |
| Phil or Moore | |
| 1T-Fuse™ Logic NVM IP or 1T-Fuse™ | |
| 1T NVM | |
| XS1-G4 | |
| Fujitsu | |
| Sony | |
| XMOS | |
| Zoran | |
| Silicon w/1 Lab* | |
| Si2701 | |
| Si2170 | |
| Si4440 | |
| Si4720 | |
| SupraHD 760 | |
| bit*line* or bitline | |
| word*line* or wordline | |
| patent* w/20 royalt* | |
| technolog* w/10 license* | |
| valid* | |
| damage* | |
| patent* w/20 license* | |
| lost w/3 profit* | |
| lost w/5 customer* | |
| lawsuit* | |
| ITC | |
| los* w/5 revenue* | |
| Infring* | |

| Search Terms for Sidense to Run | Notes/Comments |
|---|---|
| 6,940,751 or 6940751 or '751 | |
| 6,677,757 or 6677757 or '757 | |
| 6,856,540 or 6856540 or '540 | |
| 751 w/ 1 patent | |
| 757 w/ 1 patent | |
| 540 w/ 1 patent | |
| 10/133,704 or 10/133704 or 10133704 | |
| 10/448,505 or 10/448505 or 10448505 | |
| 10/765,802 or 10/765802 or 10765802 | |
| Jack w/2 Peng | |
| Zeshong | |
| Michael David Fliesler or Mike Fliesler or Fliesler | |
| David Fong | |
| Kilopass | |
| Charlie Cheng | |
| Lee Cleveland | |
| Linh Hong | |
| Harry Luan | |
| 1T-Fuse™ Logic NVM IP or 1T-Fuse™ or 1T-Fuse or 1T Fuse | |
| 1T NVM | |
| NVP IP | |
| single transistor bit-cell OTP or single transistor bit cell OTP | |
| eMTP | |
| OTP w/2 macro* | |
| SLP w/2 macro* | |
| ULP w/2 macro* | |
| SiPROM w/2 macro* | |
| XS1-G4 | |
| XMOS | |
| Si2701 | |
| Si2170 | |
| Si4440 | |
| Si4720 | |
| SupraHD 760 | |
| bit*line* or bitline* | |
| word*line* or wordline* | |
| Infringe or infringement or infring* | |

4. In searching for and capturing ESI pursuant to the above keyword search terms, the Parties shall conduct a search across specific custodians' reasonably accessible electronic media in the searching Party's possession, custody or control. The parties have respectively agreed to search the files of the following custodians.

| | **Kilopass Custodians To Be Searched** | **Sidense Custodians To Be Searched** |
|---|---|---|
| 1 | Bernie Aranson | Mark Davitt |
| 2 | Jeff Ball | Rheal Gervais |
| 3 | Charlie Cheng | Eddy Huang |
| 4 | Lee Cleveland | Todd Humes |
| 5 | Linh Hong | Wlodek Kurjanowicz |
| 6 | Harry Luan | Jim Lipman |
| 7 | Tracy Mah | Ken MacAskill |
| 8 | Jonah McLeod | Tom Schild |
| 9 | Charles Ng | Steven Smith |
| 10 | Jack Peng | Xerxes Wania |
| 11 | Bernd Stamme | Tomasz Wojcicki |

5.  After a Party has fully searched all electronic media that is reasonably accessible in its possession or control using the keyword search terms in Paragraph 3, that Party shall advise the opposing Party of the amount of data generated by the search. The opposing Party may then elect to reduce the keyword search term list in order to reduce the amount of data generated.

6.  The Parties will produce all ESI in a format specified by each party and agree to provide either Extracted Text or OCR files depending upon the original document format. Neither party is required to search or produce any other forms of metadata (as used herein to refer to electronically stored information about the document that is not visible in the normal viewing or printing of the document). The parties have agreed to produce their respective documents to the other party in the formats requested below.

(a)  Kilopass requests that Sidense's productions be delivered in electronic format (CD, DVD, or hard drive) and documents therein produced as single-page TIFFs with Concordance, IPRO, and Opticon load files to include the OCR or Extracted Text files in multi-page format, named per the beginning Bates number. Concordance load file format is as follows. All metadata and text extraction should be delivered in an ASCII delimited file with the filed names as the first record in the file and using Concordance default delimiters:

Field Separator = (ASCII 20)

Quote Character = þ (ASCII 254)

Return Value/Newline = ® (ASCII 174)

Multi-entry = ; (ASCII 59)

(b) Sidense requests that Kilopass's productions be delivered in electronic format (CD, DVD, or hard drive) and documents therein produced as single page TIFFs with Opticon load files and corresponding OCR or Extracted Text files in multi-page format, named per the beginning bates number. Alternatively, the OCR or extracted text can be delivered in a DAT file containing the beginning bates number, ending bates number and text.

7. Production of Non-ESI Documents.

All data, files, and communications which are recorded in other media (microfiche, paper, etc.) during the ordinary course of business shall be produced in .tiff format with corresponding load files including OCR.

8. Specific Format Request.

A party having a particular need for specific documents or categories of documents to be produced in native format (e.g., Excel spreadsheets and PowerPoint presentations) may request that manner of production for specific documents, and the parties shall meet and confer to accommodate such requests. Should the parties fail to agree, the Requesting Party may seek relief from the Court for good cause shown.

Dated: June 23, 2011

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Eric M. Hutchins
Eric M. Hutchins

Attorneys for Defendant
SIDENSE CORP.

SNR Denton US LLP

By: /s/ Shailendra K. Maheshwari
Shailendra K. Maheshwari

Attorneys for Plaintiff
KILOPASS TECHNOLOGY INC.

*Under General Order No. 45 the filer of this document attests that concurrence in the filing of the document has been obtained from each of the signatories.*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: __6/28/11_____        _____
                                      Hon. Susan Illston
                                      United States District Judge

7  63562619 v1