IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC,<br>Plaintiff,<br><br>v.<br><br>SIDENSE CORPORATION,<br>Defendant.<br>_____/ | No. C 10-02066 SI & 11-4112 SI<br><br>**CORRECTED<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 20, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2011.

DESIGNATION OF OPENING EXPERTS: 4/13/12; OPPOSING EXPERTS: 5/18/12;
REBUTTAL EXPERTS: 6/1/12 .
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 29, 2012 .

DISPOSITIVE MOTIONS **SHALL** be filed by July 13, 2012;

  Opp. Due July 27, 2012;  Reply Due August 3, 2012;

   and set for hearing no later than August 17, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 11, 2012 at 3:30 PM.

JURY TRIAL DATE: September 24, 2012 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be eight  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediator selected for this case may also be appointed to the related case. The mediation session shall be completed by the end of 2011.

**4:11-cv-04112-DMR** Sidense Corp. v. Kilopass Technology Inc. et al

(Counsel is instructed to file an administrative motion to relate cases.)

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/22/11

SUSAN ILLSTON
United States District Judge