Rachel Repka (State Bar No. 248331)
rachel.repka@snrdenton.com
Imran A. Khaliq (State Bar No. 232607)
imran.khaliq@snrdenton.com
SNR Denton US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Mark L. Hogge (Pro Hac Vice)
mark.hogge@snrdenton.com
Shailendra Maheshwari (Pro Hac Vice)
shailendra.maheshwari@snrdenton.com
SNR Denton US LLP
1301 K Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Plaintiff
KILOPASS TECHNOLOGY, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
ROGER L. COOK (State Bar No. 55208)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: rcook@kilpatricktownsend.com
       rtadlock@kilpatricktownsend.com

ERIC M. HUTCHINS (State Bar No. 245462)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: emhutchins@kilpatricktownsend.com

Attorneys for Defendant
SIDENSE CORP.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SIDENSE CORP.,<br><br>　　　　　　　Defendant. | Case No. 3:10-cv-02066 SI<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR THIRD PARTY DEPOSITIONS**<br><br>**[Civil Local Rule 6-2]** |

1  Pursuant to Civil L.R. 6-2, Plaintiff Kilopass Technology, Inc. ("Kilopass") and Defendant Sidense Corporation ("Sidense") hereby file a stipulated request to extend the time by which Kilopass and Sidense may take third party depositions after the discovery cutoff date of December 19, 2011.

## STIPULATION

WHEREAS, on September 27, 2011, the Court issued a Pre-Trial Order setting the fact discovery cutoff date for December 19, 2011.

WHEREAS, the parties are in the midst of completing depositions of party witnesses and have scheduled party witness depositions between December 5 to December 16, 2011.

WHEREAS, several third parties subpoenaed by either Sidense or Kilopass for depositions are not available for their deposition until after December 19, 2011.

WHEREAS, due to the schedules of third party witnesses, Sidense and Kilopass have scheduled depositions of third parties on or after December 21, 2011.

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court.

ACCORDINGLY, Kilopass and Sidense hereby stipulate to request an extension of time to January 31, 2012 to complete depositions of third party witnesses.

//
//
//
//
//
//
//
//

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

2   Dated: December 13, 2011         Respectfully submitted,
                                     SNR DENTON US LLP
3

4                                    _____/s/ Imran A. Khaliq_____
                                     Imran A. Khaliq (State Bar No. 232607)
5                                    *Attorneys for Plaintiff*
                                     KILOPASS TECHNOLOGY, INC.
6

7   Dated: December 13, 2011         Respectfully submitted,
                                     KILPATRICK TOWNSEND & STOCKTON LLP
8

9                                    _____/s/ Roger Cook_____
                                     Roger Cook
10                                   *Attorneys for Defendant*
                                     SIDENSE CORP.

**IT IS SO ORDERED.**

Dated: ___12/16_____, 2011      By: _____
                                         Hon. Susan Illston
                                         United States District Court Judge

STIPULATED REQUEST FOR AN ORDER                                  - 3 -
EXTENDING DEPOSITION DISCOVERY                                          Case No. 3:10-cv-02066 SI

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 13th day of December 2011 at Palo Alto, California.

SNR DENTON US LLP

       /s/ *Imran A. Khaliq*
Imran A. Khaliq (State Bar No. 232607)
*Attorneys for Plaintiff*
KILOPASS TECHNOLOGY, INC.

# CERTIFICATE OF SERVICE

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On December 13, 2011, the following document, described as:

**STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR THIRD PARTY DEPOSITIONS**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed at Palo Alto, California, on December 13, 2011, in Palo Alto, California.

                                                /s/ *Jocasta Wong*
                                                    Jocasta Wong

14987509\V-1