| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | ROGER L. COOK (State Bar No. 55208) |
| 2 | ROBERT D. TADLOCK (State Bar No. 238479) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email: rcook@kilpatricktownsend.com |
| 5 |            rtadlock@kilpatricktownsend.com |
| 6 | ERIC M. HUTCHINS (State Bar No. 245462) |
| | 1080 Marsh Road |
| 7 | Menlo Park, CA  94025 |
| | Telephone:  (650) 326-2400 |
| 8 | Facsimile:  (650) 326-2422 |
| | Email: ehutchins@kilpatricktownsend.com |
| 9 | |
| | LAW OFFICES OF JORDAN TRENT JONES |
| 10 | JORDAN TRENT JONES (State Bar No. 166600) |
| | 100 Spear Street, 18th Floor |
| 11 | San Francisco, CA  94105 |
| | Telephone:  (415) 357-8940 |
| 12 | Facsimile:  (415) 371-0500 |
| | Email: jtjones@JordanJonesIPLaw.com |
| 13 | |
| | Attorneys for Defendant |
| 14 | SIDENSE CORP. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | KILOPASS TECHNOLOGY INC., | Case No. CV 10-02066 SI |
| 19 | Plaintiff, | **JOINT STIPULATION REGARDING MEDIATION** |
| 20 | v. | |
| 21 | SIDENSE CORP., | |
| 22 | Defendant. | |

**JOINT STIPULATION REGARDING MEDIATION**
CASE NO. CV 10-02066 SI

- 1 -

## JOINT STIPULATION

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Kilopass Technology, Inc. ("Kilopass") and Defendant Sidense Corp. ("Sidense") hereby stipulate as follows:

**WHEREAS**, the Corrected Pretrial Preparation Order (Dkt. No. 155) mandates that the mediation session for both this case and the related action of *Sidense Corp. v. Kilopass Tech., Inc.,* Case No. CV 11-4112 SI (the "Sidense lawsuit") shall be completed by the end of 2011;

**WHEREAS,** the Corrected Pretrial Order states the "mediator selected for this case may also be appointed to the related case" but does not command the parties to conduct a joint mediation session for both cases;

**WHEREAS**, Sidense and Kilopass, in consultation with the ADR Program Staff Attorneys and the assigned mediator, have agreed to mediate both cases at the same time;

**WHEREAS,** Sidense's original Complaint was dismissed after Sidense filed a First Amended Complaint adding new allegations, and Kilopass has filed a Second Motion to Dismiss Sidense's First Amended Complaint and does not believe the scope of that case will be sufficiently clear to effectively mediate by the end of 2011;

**WHEREAS,** the extension requested herein would not impact the remaining schedule;

**ACCORDINGLY**, Kilopass and Sidense hereby request that the Court extend the deadline to complete a joint mediation for both this action and the Sidense Lawsuit until Wednesday, February 29, 2012.

DATED: December 21, 2011       By: ___/s/ Robert D. Tadlock_____

                                                            Robert D. Tadlock

                                                            Attorneys for Defendant,
                                                            SIDENSE CORP.

DATED: December 21, 2011       By: __/s/ Imran A. Khaliq_____
                                                            Imran A. Khaliq

                                                            Attorneys for Plaintiff,
                                                            KILOPASS TECHNOLOGY INC.

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

DATED:  December 21, 2011                                By: /s/ Robert D. Tadlock
                                                         Robert D. Tadlock

                                                         Attorneys for Defendant,
                                                         SIDENSE CORP.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____12/23/11_____                                  _____
DATE                                                     THE HON. SUSAN ILLSTON
                                                         UNITED STATES DISTRICT JUDGE