KILPATRICK TOWNSEND & STOCKTON LLP

ROGER L. COOK (State Bar No. 55208)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: rcook@kilpatricktownsend.com
       rtadlock@kilpatricktownsend.com

ERIC M. HUTCHINS (State Bar No. 245462)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ehutchins@kilpatricktownsend.com
       bsani@kilpatricktownsend.com

LAW OFFICES OF JORDAN TRENT JONES
JORDAN TRENT JONES (State Bar No. 166600)
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 357-8940
Facsimile: (415) 371-0500
E-mail: jtjones@JordanJonesIPLaw.com

Attorneys for Defendant
SIDENSE CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIDENSE CORP., <br><br> Defendant. | Case No. CV 10-02066 SI <br><br> **SIDENSE CORP.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER** <br><br> Ctrm.: 10, 19th Floor <br> Judge: Hon. Susan Illston |



1  Pursuant to L.R. 7–9, Defendant Sidense Corp. ("Sidense") hereby respectfully moves this Court for leave to file a Motion for Reconsideration of the Court's Order regarding Claim Construction of August 31, 2011 (Dkt. No. 147) ("Claim Construction Order").

The "emergence of new material facts … occurring after the time" of the interlocutory Claim Construction Order entitles Sidense to leave to file a motion for reconsideration of the Claim Construction Order. L.R. 7–9(b)(2). As set for in the accompanying motion for reconsideration, incorporated herein by reference, *after* the Claim Construction Order, during reexamination proceedings involving one of the patents-in-suit, Plaintiff Kilopass Technology, Inc. ("Kilopass") explicitly adopted and argued in favor of interpretations of the claim terms "wordline" and "bitline" before the U.S. Patent and Trademark Office ("PTO") that are *fundamentally inconsistent with and contradictory to* the constructions Kilopass successfully argued before this Court during the claim construction process, with respect to those same two terms. *See, e.g.*, Kilopass Technology, Inc.'s Opening Claim Construction Brief, pp. 5–7 (Dkt. No. 113). Accordingly, Sidense is requesting leave to file the accompanying Motion for Reconsideration of the Claim Construction Order, such that the Court may reconsider its Claim Construction Order in light of the new facts regarding Kilopass' subsequent interpretations of the claim terms "wordline" and "bitline," and judicially estop Kilopass from continuing to assert constructions of those terms in this Court that Kilopass has since disavowed in the PTO, and are plainly inconsistent with the prevailing interpretations in the PTO to which Kilopass now subscribes.

The accompanying motion does not repeat any oral or written argument made by Sidense in support of its proposed claim constructions or in opposition to Kilopass' proposed claim constructions, which Sidense now wishes to be reconsidered. Pursuant to L.R. 7–9(a), Sidense has not noticed the accompanying Motion for Reconsideration because it has not yet obtained leave of the Court to file the motion. Nonetheless, Sidense respectfully requests that, if the Court grants leave to file the Motion for Reconsideration, the Court rule that any additional briefing (if any is deemed necessary) be done as expeditiously as possible.



SIDENSE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER - 2 -
CASE NO. C10-02066 SI

For the foregoing reasons, Sidense respectfully requests that the Court grant Sidense leave to file the Motion for Reconsideration of the Claim Construction Order.

DATED:  March 23, 2012           Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:  */s/ Roger L. Cook*
     ROGER L. COOK

Attorneys for Defendant
SIDENSE CORP.

64057432 v1

