| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | ROGER L. COOK (State Bar No. 55208)<br>ROBERT D. TADLOCK (State Bar No. 238479) |
| 3 | Two Embarcadero Center Eighth Floor<br>San Francisco, CA  94111 |
| 4 | Telephone:   (415) 576-0200<br>Facsimile:    (415) 576-0300 |
| 5 | Email: rcook@kilpatricktownsend.com<br>          rtadlock@kilpatricktownsend.com |
| 6 | |
| 7 | ERIC M. HUTCHINS (State Bar No. 245462)<br>1080 Marsh Road |
| 8 | Menlo Park, CA  94025<br>Telephone:   (650) 326-2400 |
| 9 | Facsimile:    (650) 326-2422<br>Email: ehutchins@kilpatricktownsend.com |
| 10 | LAW OFFICES OF JORDAN TRENT JONES |
| 11 | JORDAN TRENT JONES (State Bar No. 166600)<br>100 Spear Street, 18th Floor |
| 12 | San Francisco, CA 94105<br>Telephone:   (415) 357-8940 |
| 13 | Facsimile:    (415) 371-0500<br>E-mail: jtjones@jordanjonesiplaw.com |
| 14 | Attorneys for Defendant<br>SIDENSE CORP. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | Case No. CV 10-02066 SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF JORDAN TRENT JONES AS COUNSEL OF RECORD** |
| v. | |
| SIDENSE CORP., | |
| Defendant. | |

1 **ORDER**

2 The Motion for Withdrawal of Counsel shall be, and is hereby, GRANTED. Jordan Trent
3 Jones is terminated as counsel for Sidense Corp. and the Clerk shall terminate ecf/cm notices to
4 Mr. Jones for this civil action.

Date: 4/25/12

_____
Hon. Susan Illston
United States District Court Judge