IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | No. C 10-02066 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

On April 11, 2012, Kilopass filed a motion for leave to file a Third Amended Complaint. Dkt. 212. On April 25, 2012, Sidense filed a statement of non-opposition to that motion. Dkt. 223.

The Court GRANTS Kilopass' motion. The hearing on the motion, currently set for Wednesday May 16, 2012, is hereby VACATED.

Dated: May 14, 2012

SUSAN ILLSTON
United States District Judge