**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KILOPASS TECHNOLOGY INC.,

    Plaintiff,

v.

SIDENSE CORPORATION,

    Defendant.

No. C 10-02066 SI

**ORDER REQUESTING SUPPLEMENTAL INFORMATION**

On May 15, 2012, Kilopass filed a Motion for Leave to File Motion for Reconsideration of Court's Order on Claim Scope Disavowal Pursuant to Civ. L.R. 7-9. In considering Kilopass' motion, the Court requests that either party file a document with the Court. In the USPTO's February 18, 2011 Action Closing Prosecution, the USPTO stated:

> Furthermore, as evidenced by US-PG PUB 2006/0104108 (See Paragraph 5-7) it [sic] well known to one of ordinary skill in the art at the time of the invention that the bitlines and wordlines have a distinct functional effect on the operation of memory devices and thus are not interchangeable.

Khaliq Decl., Ex. B, at 6. The Court requests that either Kilopass or Sidense file the document referenced by the USPTO – "US-PG PUB 2006/0104108" – by **Thursday, May 24, 2012**.

**IT IS SO ORDERED.**

Dated: May 21, 2012

SUSAN ILLSTON
United States District Judge