| | |
|---|---|
| Rachel Repka (CA Bar No. 248331) <br> rachel.repka@snrdenton.com <br> Imran A. Khaliq (CA Bar No. 232607) <br> imran.khaliq@snrdenton.com <br> **SNR DENTON US LLP** <br> 1530 Page Mill Road, Suite 200 <br> Palo Alto, CA 94304-1125 <br> Telephone: (650) 798-0300 <br> Facsimile: (650) 798-0310 | **KILPATRICK TOWNSEND & STOCKTON LLP** <br> Roger L. Cook (CA Bar No. 55208) <br> Robert D. Tadlock (CA Bar No. 238479) <br> Two Embarcadero Center Eighth Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 576-0200 <br> Facsimile:    (415) 576-0300 <br> Email: rcook@kilpatricktownsend.com <br>              tadlock@kilpatricktownsend.com |
| Mark L. Hogge (*Pro Hac Vice*) <br> mark.hogge@snrdenton.com <br> Shailendra K. Maheshwari (*Pro Hac Vice*) <br> shailendra.maheshwari@snrdenton.com <br> **SNR DENTON US LLP** <br> 1301 K Street, NW, Suite 600 <br> Washington, DC 20004 <br> Telephone: (202) 408-6400 <br> Facsimile: (202) 408-6399 | Eric M. Hutchins (CA Bar No. 245462) <br> 1080 Marsh Road <br> Menlo Park, CA  94025 <br> Telephone:   (650) 326-2400 <br> Facsimile:    (650) 326-2422 <br> Email: ehutchins@kilpatricktownsend.com <br><br> Attorneys for Defendant <br> SIDENSE CORP. |

Attorneys for Plaintiff
KILOPASS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SIDENSE CORP., a Canadian Corporation, <br><br> Defendant. | Case No. 3:10-cv-02066 SI <br><br> **STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT** <br> **[Civil Local Rule 6-2]** |
| SIDENSE CORP., a Canadian Corporation, <br><br> Plaintiff, <br><br> v. <br><br> KILOPASS TECHNOLOGY, INC., a California Corporation and CHARLIE CHENG, an individual, <br><br> Defendants. | Case No. 3:11-cv-04112 SI <br><br> **STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT** <br> **[Civil Local Rule 6-2]** |

STIPULATED REQUEST FOR AN ORDER EXTENDING       CASE NO. 3:10-cv-02066 SI; 3:11-cv-04112 SI
DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT

Pursuant to Civil L.R. 6-2, Kilopass Technology, Inc. ("Kilopass") and Sidense Corporation ("Sidense") hereby file a stipulated request to extend the time by which Kilopass and Sidense shall file the joint pre-trial statement which is currently due on August 28, 2011.

### STIPULATION

WHEREAS, on September 27, 2011, the Court issued a Pre-Trial Order setting the pre-trial conference date for September 11, 2012. (Dkt. No. 155)

WHEREAS, the Court's Pre-Trial Instructions require the parties to file the Pre-Trial Statement fourteen days before the pre-trial conference, which falls on August 28, 2012. (Dkt. No. 155)

WHEREAS, on August 16, 2012 the Court issued two summary judgment orders narrowing the issues for trial.   (*See* Dkt. Nos. 272 (*Kilopass v. Sidense*) and 99 (*Sidense v. Kilopass*))

WHEREAS, the Court's summary judgment orders affect the parties' pre-trial preparation, witness lists, exhibits, jury instructions, deposition designations and other matters required for the Court's Pre-Trial Statement.

WHEREAS, the parties have agreed that additional time to prepare the Pre-Trial Statement would allow the parties to effectively narrow the issues for trial and prepare a Pre-Trial Statement in accordance with the Court's orders.

ACCORDINGLY, Kilopass and Sidense hereby stipulate to request an extension of time to August 31, 2012 to file the Pre-Trial Statement, Verdict Form, Voir Dire Questions and Joint Jury Instructions. The parties will file any motions in *limine* on August 28, 2012 as required in the Court's Pre-Trial Order

//
//
//
//

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

2 | Dated: August 23, 2012					Respectfully submitted,
										SNR DENTON US LLP

					_____/s/ Imran A. Khaliq_____
					Imran A. Khaliq (State Bar No. 232607)
					*Attorneys for Plaintiff*
					KILOPASS TECHNOLOGY, INC.

Dated: August 23, 2012					Respectfully submitted,
										KILPATRICK TOWNSEND & STOCKTON LLP

					_____/s/ Roger Cook_____
					Roger Cook
					*Attorneys for Defendant*
					SIDENSE CORP.

**IT IS SO ORDERED.**

Dated: _____8/23_____, 2012		By: _____
										Hon. Susan Illston
										United States District Court Judge

- 3 -

STIPULATED REQUEST FOR AN ORDER EXTENDING		CASE NO. 3:10-cv-02066 SI; 3:11-cv-04112 SI
DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT

## CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed on August 23, 2012 at Palo Alto, California.

SNR DENTON US LLP

    /s/ *Imran A. Khaliq*
Imran A. Khaliq (State Bar No. 232607)
*Attorneys for Plaintiff*
KILOPASS TECHNOLOGY, INC.

# CERTIFICATE OF SERVICE

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On August 23, 2012, the following document, described as:

**STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR PRE-TRIAL STATEMENT**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on August 23, 2012, in Palo Alto, California.

                                            /s/ *Jocasta Wong*
                                                Jocasta Wong

14987509\V-1

| | |
|---|---|
| Rachel Repka (CA Bar No. 248331)<br>rachel.repka@snrdenton.com<br>Imran A. Khaliq (CA Bar No. 232607)<br>imran.khaliq@snrdenton.com<br>**SNR DENTON US LLP**<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Telephone: (650) 798-0300<br>Facsimile: (650) 798-0310<br><br>Mark L. Hogge (*Pro Hac Vice*)<br>mark.hogge@snrdenton.com<br>Shailendra K. Maheshwari (*Pro Hac Vice*)<br>shailendra.maheshwari@snrdenton.com<br>**SNR DENTON US LLP**<br>1301 K Street, NW, Suite 600<br>Washington, DC 20004<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br><br>Attorneys for Plaintiff<br>KILOPASS TECHNOLOGY, INC. | **KILPATRICK TOWNSEND & STOCKTON LLP**<br>Roger L. Cook (CA Bar No. 55208)<br>Robert D. Tadlock (CA Bar No. 238479)<br>Two Embarcadero Center Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: rcook@kilpatricktownsend.com<br>       tadlock@kilpatricktownsend.com<br><br>Eric M. Hutchins (CA Bar No. 245462)<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br>Email: ehutchins@kilpatricktownsend.com<br><br>Attorneys for Defendant<br>SIDENSE CORP. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY, INC., a California Corporation,<br><br>            Plaintiff,<br>v.<br><br>SIDENSE CORP., a Canadian Corporation,<br><br>            Defendant. | Case No. 3:10-cv-02066 SI<br><br>**DECLARATION OF IMRAN KHALIQ ISO STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT**<br>**[Civil Local Rule 6-2]** |
| SIDENSE CORP., a Canadian Corporation,<br><br>            Plaintiff,<br>v.<br><br>KILOPASS TECHNOLOGY, INC., a California Corporation and CHARLIE CHENG, an individual,<br><br>            Defendants. | Case No. 3:11-cv-04112 SI<br><br>**DECLARATION OF IMRAN KHALIQ ISO STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT**<br>**[Civil Local Rule 6-2]** |

I, Imran Khaliq, declare:

1. I am an attorney in the law firm of SNR Denton US LLP, counsel of record for Plaintiff Kilopass Technology, Inc. ("Kilopass") in the above-captioned action. I make this declaration based on my own personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

2. I have conferred with counsel for Sidense Corporation and have discussed a stipulated request for an extension of time to complete the parties' Pre-Trial Statement and pre-trial disclosures currently due on August 28, 2012.

3. Counsel for both parties agree that it will be require additional time to compile the Pre-Trial Statement and request an extension of time until August 31, 2012 to file the Pre-Trial Statement and other pre-trial disclosures required by the Court.

4. Previous time modifications in this case by party stipulation or Court order include:

- Stipulation to extend Sidense's date to Answer Complaint from July 9, 2010 to July 31, 2010. (Dkt. No. 11).
- Order changing time on hearing Sidense's Motion to Dismiss from September 1, 2010 to September 10, 2010. (Dkt. No. 20).
- Order granting counsels request to extend deadline to file Joint Claim Construction Statement to May 6, 2011. (Dkt. No. 100).
- Order granting extension for third party discovery to January 31, 2012. (Dkt. No. 174)
- Order granting extension to complete mediation by February 29, 2012.

5. The requested extension for time will not have an effect on any other date or deadline in this case.

/ / /

- 2 -

| | | |
|---|---|---|
| 1 | Dated: August 23, 2012 | Respectfully submitted, |
| 2 | | SNR DENTON US LLP |
| 3 | |     */s/ Imran A. Khaliq* |
| | | Imran A. Khaliq (State Bar No. 232607) |
| 4 | | |
| 5 | | *Attorneys for Plaintiff* |
| | | KILOPASS TECHNOLOGY, INC. |

- 3 -

KHALIQ'S DECL. ISO STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE FOR PRE-TRIAL STATEMENT     CASE NO. 3:10-cv-02066 SI; 3:11-cv-04112 SI

# CERTIFICATE OF SERVICE

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On August 23, 2012, the following documents, described as:

**DECLARATION OF IMRAN KHALIQ ISO STIPULATED REQUEST FOR AN ORDER EXTENDING DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT [Civil Local Rule 6-2]**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on August 23, 2012, in Palo Alto, California.

                                                                      /s/ *Jocasta Wong*
                                                                             Jocasta Wong

14987521\V-1