IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | Nos. C 10-02066 SI and 11-4112 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO SHORTEN TIME AND ADJUSTING TRIAL SCHEDULE** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

On August 23, 2012, Kilopass Technology, Inc. filed a Motion for Certification of the Court's Order Granting Defendant's Motion for Summary Judgment of Non-Infringement as a Final Judgment Pursuant to Fed. R. Civ. P. 54(b). Along with that motion, Kilopass filed a Motion to Shorten Time to hear the certification motion, pursuant to Civil Local Rule 6-3. Kilopass's certification motion also seeks a stay of both Kilopass' lawsuit – CV 10-2066 SI – and Sidense's business torts lawsuit CV 11-4112 SI, which are scheduled for trial on September 24, 2012.

**The Court hereby CONTINUES the trial date in these two matters to October 9, 2012. The pre-trial conference is now set for September 25, 2012;  pre-trial papers shall be filed by September 18, 2012.**

The Court GRANTS Kilopass's Motion to Shorten Time.  Sidense's opposition to the motion shall be **filed by August 31, 2012**. Kilopass's **reply will be due by September 5, 2012. A hearing is scheduled for the motion on September 11, 2012.**

**IT IS SO ORDERED.**

Dated: August 24, 2012

SUSAN ILLSTON
United States District Judge