IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | Nos. C 10-02066 SI and 11-4112 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO SHORTEN TIME; RESETTING TIME FOR HEARING** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant.           / | |

Kilopass' motion for certification of the Court's summary judgment of non-infringement as a final judgment pursuant to Fed. R. Civ. P. 54(b) is currently set for hearing on September 11, 2012.

Sidense Corp. now seeks leave to file another summary judgment motion on Kilopass' business tort claims, and requests that its motion for leave also be heard on September 11, 2012, with an expedited briefing schedule.

. The Court **GRANTS** Sidense's motion to shorten time, and alters the hearing dates, as follows:

1. The hearing on **both pending motions** – Kilopass' motion for Rule 54(b) certification and Sidense's cross-motion for leave to file a further summary judgment motion – will be held on **September 12, 2012 at 3:30 p.m**.

2. Pursuant to the expedited briefing schedule, Kilopass must file its opposition to Sidense's cross-motion for leave by **September 7, 2012 at 5:00 p.m**.  Sidense must file any reply to the opposition by **September 10, 2012 at 5:00 p.m**.

3. The briefing schedule on Kilopass' Rule 54(b) certification motion remains unchanged.

**IT IS SO ORDERED.**

Dated: September 5, 2012

SUSAN ILLSTON
United States District Judge

2