IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | No. C 10-02066 SI |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SIDENSE CORPORATION, | |
| Defendant. | |

On August 16, 2012, the Court granted defendant's motion for summary judgment of non-infringement on the patent claims in plaintiff's third amended complaint. Dkt. 272. Now before the Court is plaintiff's motion to dismiss the remaining claims for false advertising, intentional interference with prospective economic advantage, and unfair competition. The Court hereby DISMISSES WITH PREJUDICE these remaining claims.

**IT IS SO ORDERED.**

Dated: October 2, 2012

SUSAN ILLSTON
United States District Judge