IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | No. C 10-02066 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

Defendant's motion for summary judgment of non-infringement on the patent claims has been granted, and plaintiff's motion to dismiss the remaining claims has been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 2, 2012

SUSAN ILLSTON
United States District Judge