IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILOPASS TECHNOLOGY, INC., | No. 3:10-cv-2066 SI (NC) |
| Plaintiff, | **ORDER REGARDING PROPOSED SUBMISSION** |
| v. | |
| SIDENSE CORPORATION, | |
| Defendant. | |

On November 15, 2012, Sidense submitted a proposed "Stipulation for Waiver of Mediation Privilege" by email to the proposed order in-box of this Court. The proposed stipulation has not been filed in ECF. Under Federal Rule of Civil Procedure 7(b)(1) a request for a court order must be made by motion. Under the Federal Rules of Civil Procedure and the Civil Local Rules of this Court, motions must be filed and served, not submitted by email. If Sidense is seeking a court order, it must file and serve any motion and proposed order.

Furthermore, there is no further settlement conference scheduled in this case. The parties may not copy the Court on emails between counsel. If the parties wish to schedule a further settlement conference, they should contact the Courtroom Deputy to do so.

**IT IS SO ORDERED.**

Dated: November 16, 2012

NATHANAEL COUSINS
United States Magistrate Judge