UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY, INC., a California Corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>SIDENSE CORP., a Canadian Corporation,<br><br>             Defendant. | Case No. 3:10-cv-02066 SI<br><br>[~~PROPOSED~~] ORDER REGARDING KILOPASS TECHNOLOGY, INC.'S MOTION PURSUANT TO FED. R. CIV. P. 62(d) TO STAY ENFORCEMENT OF TAXABLE COSTS AND APPROVAL OF KILOPASS' SUPERSEDEAS BOND |

The Court, having considered Kilopass Technology, Inc's Motion Pursuant to Fed. R. Civ. Pro. 62(d), to stay execution of the taxation of costs entered on March 6, 2013 (Dkt. No. 376) pending resolution of Kilopass' appeal to the United States Court of Appeal for the Federal Circuit, hereby GRANTS Kilopass' Motion and APPROVES Kilopass' proposed supersedeas bond amount of $66,076.77.

**IT IS SO ORDERED.**

Dated: _____4/15_____, 2013         By: _____
                                                 Hon. Susan Illston
                                                 United States District Court Judge

# CERTIFICATE OF SERVICE

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On March 15, 2013, the following documents, described as:

**[PROPOSED] ORDER REGARDING KILOPASS TECHNOLOGY, INC.'S MOTION PURSUANT TO FED. R. CIV. P. 62(d) TO STAY ENFORCEMENT OF TAXABLE COSTS AND APPROVAL OF KILOPASS' SUPERSEDEAS BOND**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on March 15, 2013, in Palo Alto, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jocasta Wong*
　　　　　　　　　　　　　　　　　　　　　　Jocasta Wong

[PROPOSED] ORDER                                    CASE NO. 3:10-CV-02066 SI