DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
ALEX J. FEERST (SBN 270537)
afeerst@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff
KILOPASS TECHNOLOGY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | Case No. 3:10-cv-02066-SI |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** |
| v. | Date:   October 31, 2014<br>Time:   9:00 AM<br>Ctrm:   10, 19th Floor<br>Judge:  Honorable Susan Illston |
| SIDENSE CORP., | |
| Defendant. | |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Kilopass Technology, Inc. ("Kilopass") hereby respectfully requests that, in connection with Sidense Corp.'s ("Sidense") Supplemental Fee Calculation Memorandum in Support of its Motion for Attorneys' Fees, the Court take judicial notice of the documents listed below, of which true and correct copies are attached hereto as Exhibits A-H. These documents consist of public court filings in this district, which are properly the subject of judicial notice.

1. Declaration of William N. Hancock in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal.) (ECF No. 128-1), attached as Exhibit A;

2. Declaration of J. Ashlee Albies in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-2) attached as Exhibit B;

3. Declaration of Jon B. Eisenberg in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-3) attached as Exhibit C;

4. Declaration of Kenneth A. Kreuscher in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-4) attached as Exhibit D;

5. Declaration of Lisa B. Jaskol in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-5) attached as Exhibit E;

6. Declaration of Steven Goldberg in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-6) attached as Exhibit F;

7. Declaration of Thomas H. Nelson in Support of Motion for Attorney's Fees, *Al-Haramain Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-7) attached as Exhibit G; and

8. Declaration of Zaha S. Hassan in Support of Motion for Attorney's Fees, *Al-Haramain

*Islamic Found. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. July 7, 2010) (ECF No. 128-8) attached as Exhibit H.

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as when they can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).  Rule 201(f) provides that "[j]udicial notice may be taken at any stage of the proceeding."  Under Rule 201(d), a court "shall take judicial notice if requested by a party and supplied with the necessary information."

Kilopass seeks judicial notice of documents filed in connection with a case in this district and publicly available through the district's PACER website.  In its Reply Fee Calculation Memorandum in Support of Motion for Attorneys' Fees (ECF No. 448-07), Sidense cites *Al-Haramain Islamic Foundation, Inc. v. Obama*, No. 07-cv-00109 VRW (N.D. Cal. Dec. 21, 2010) as authority establishing the sufficiency of the Cook Declaration accompanying Sidense's Supplemental Fee Calculation Memorandum as a Local Rule 54-5 summary.  Sidense Reply at 6-8.  Each of the eight exhibits attached hereto was filed as an attorney declaration in support of the fees motion in *Al-Haramain*.  It is appropriate for this Court to take judicial notice of these public court filings, without accepting as true the factual statements therein.  *Reyn's Pasta Bella LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).  Kilopass requests that the Court take notice of the itemized billing summaries contained in the exhibits, on which the *Al-Haramain* court relied and which Sidense has cited as authority.

For the foregoing reasons, the documents here may be considered by the Court in ruling on Sidense's Supplemental Briefing on Attorneys' Fees.  Kilopass therefore requests that the Court grant this Request for Judicial Notice.

Dated:  October 10, 2014                                                                          DURIE TANGRI LLP

By:   */s/ Daralyn J. Durie*
        DARALYN J. DURIE
        ALEX J. FEERST

Attorneys for Plaintiff
KILOPASS TECHNOLOGY, INC.

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on October 10, 2014 with a copy of this document via the Court's CM/ECF system.

                                                */s/ Daralyn J. Durie*
                                                DARALYN J. DURIE