1 | KILPATRICK TOWNSEND & STOCKTON LLP

2 | ROGER L. COOK (State Bar No. 55208)
SARA B. GIARDINA (State Bar No. 278954)
3 | KEVIN J. O'BRIEN (State Bar No. 278823)
Two Embarcadero Center Eighth Floor
4 | San Francisco, CA 94111
Telephone: (415) 576-0200
5 | Facsimile: (415) 576-0300
Email: rcook@kilpatricktownsend.com
6 |       sgiardina@kilpatricktownsend.com
      kobrien@kilpatricktownsend.com
7

8 | JOSHUA H. LEE (admitted *pro hac vice*)
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
9 | Telephone: (404) 815-6500
Email: jlee@kilpatricktownsend.com
10

Attorneys for Defendant
11 | SIDENSE CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KILOPASS TECHNOLOGY INC., | Case No. CV 10-02066 SI |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CORRECT MATHEMATICAL ERROR IN SIDENSE'S ACCOUNTING OF FEES** |
| v. | |
| SIDENSE CORP., | Date: November 3, 2013 |
| Defendant. | Time: 9:00 am<br>Ctrm.: 10, 19th Floor<br>Judge: Hon. Susan Illston |



ADMINISTRATIVE MOTION TO CORRECT MATHEMATICAL ERROR
CASE NO. C10-02066 SI


Pursuant to Civil Local Rule 7-11, Defendant Sidense Corporation ("Sidense") hereby requests leave to correct a mathematical error in Sidense's accounting of fees. *See* Dkt. 448 ("Supplemental Fee Calculation Memorandum In Support of Motion for Attorneys' Fees"); Dkt. 448-2 ("Supplemental Fee Calculation Declaration of Roger L. Cook In Support of Motion for Attorneys' Fees").

On August 12, 2014, the Court granted Sidense's Motion for Attorneys' Fees. Dkt. 427. In connection with that Order, the Court issued a briefing schedule on the appropriate amount of attorneys' fees to be awarded. *Id.* at 25. On August 29, 2014, pursuant to the Court's Order, Sidense filed its opening brief, the Supplemental Fee Calculation Memorandum In Support of Motion for Attorneys' Fees (Dkt. 448). The Supplemental Fee Calculation Declaration of Roger L. Cook In Support of Motion for Attorneys' Fees (Dkt. 448-2) and corresponding exhibits accompanied the opening brief and provided detail regarding Sidense's accounting of fees.[1]

Overall, Sidense's total fee request in its opening brief was $9,007,324 in fees plus $229,242 in expenses, *i.e.*, $9,236,566 total. Dkt. 448 at 4. The fee portion of the request was comprised of (i) a total base fee amount of $5,375,165 in fees and (ii) a "Success Bonus" of $3,632,159, based on a hybrid fee arrangement between Sidense and Kilpatrick Townsend & Stockton. *Id.* The case-phase components of these fees and expenses were set forth in Exhibit F to the Supplemental Fee Calculation Declaration of Roger L. Cook In Support of Motion for Attorneys' Fees (Dkt. 448-2) ("Cook Declaration"), starting with the table at Dkt. 448-6, page 3 (*see also* Cook Declaration (Dkt. 448-2) at ¶ 15), reproduced below:

//
//
//
//
//

---

[1] Pursuant to the Court's Order Denying In Part and Granting In Part the parties Motions to Seal (Dkt. 442), amended versions of Sidense's opening brief and related documents were filed on September 26, 2014. *See* Dkt. 448. For ease of reference, Sidense's citations herein are directed to these amended versions as opposed to the redacted versions originally filed on August 12, 2014.



ADMINISTRATIVE MOTION TO CORRECT MATHEMATICAL ERROR - 1 -
CASE NO. C10-02066 SI

| Subject -File No. | Fees at Standard Hourly Rate | Hours | Blended Hourly Rate | Expenses | Fees and Expenses at Hybrid Rates | Hours | Blended Hourly Rate | Expenses |
|---|---|---|---|---|---|---|---|---|
| Patent-Business Torts Case Through Judgment - File No. 788979 (Adjusted) | $ 4,364,755 | 10,467 | $ 417 | $ 168,403 | $ 7,996,913 | 10,467 | $ 764 | $ 168,403 |
| Sec. 285 Motion - Orig. - File No. 778979 | $ 144,048 | 316 | $ 456 | $ 19,931 | $ 144,048 | 316 | $ 456 | $ 19,931 |
| Fed. Cir. Pat./BT Appeal - File No. 855957 | $ 324,837 | 682 | $ 553 | $ 17,719 | $ 324,837 | 682 | $ 553 | $ 17,719 |
| Fed. Cir. Sec. 285 Appeal - File No. 874124 | $ 361,084 | 662 | $ 545 | $ 23,023 | $ 361,084 | 662 | $ 545 | $ 23,023 |
| Sec. 285 Motion - Remand - File No. 874124 | $ 180,441 | 326 | $ 553 | $ 166 | $ 180,441 | 326 | $ 553 | $ 166 |
| Totals | $ 5,375,165 | 12,453 | $ 432 | $ 229,242 | $ 9,007,324 | 12,453 | $ 723 | $ 229,242 |
| Total Fees and Expenses | $5,604,407 | | | | $9,236,566 | | | |

In the above table, the value for "Fees and Expenses at Hybrid Rates" (the sixth column) for the "Patent-Business Torts Case Through Judgment-File No. 788979 (Adjusted)" case phase (the second row), *i.e.*, $7,996,913, was derived from the following table set forth at Dkt. 448-6 page 10 (*see also* Cook Declaration (Dkt. 448-2) at ¶ 25), reproduced below:

| Calculation of Fees prior to 10/2/2012 at Standard and Hybrid Rates | Standard Rate Fee | Hybrid Fee |
|---|---|---|
| Fees Paid + Contingent Investment - Actual | $ 5,539,135 | $ 5,539,135 |
| Cash Investment in Fees - Actual | $ 3,417,566 | $ 3,417,566 |
| Contingent Investment in Fees - Actual | $ 2,121,569 | $ 2,121,569 |
| Adjusted Fees Paid + Contingent Investment | $ 4,364,755 | $ 4,364,755 |
| Contingent Investment Percentage of actual FP + Contingent Investment | 38.30% | 38.30% |
| Cash Investment in Fees - Adjusted | $ 2,692,990 | $ 2,692,990 |
| Contingent Investment in Fees at Standard Rates - Adjusted | $ 1,671,765 | |
| Contingent Investment in Fees at Hybrid Rates - Adjusted | | $ 5,303,923 |
| Sec. 285 Fee | $ 4,364,755 | $ 7,996,913 |

1     On September 12, 2014, Kilopass Technology Inc. ("Kilopass") filed its Opposition (Dkt. No. 438) to Sidense's Supplemental Fee Calculation Memorandum In Support of Motion for Attorneys' Fees ("Opposition"). In its Opposition, Kilopass argued, *inter alia*, that the foregoing calculation of the "Fees and Expenses at Hybrid Rates" (*i.e.*, $7,996,913) erroneously failed to properly account for the deductions used to calculate the base fee amount for the corresponding "Patent-Business Torts Case Through Judgment-File No. 788979 (Adjusted)" case phase (*see* Dkt. 448-2 at ¶¶ 16–27), whereby Sidense's overall $9,236,566 request was overstated by $1,124,511.64 (*i.e.*, $1.1M). Dkt. 438 at 12; *see also* Dkt. 437-9 ("Declaration of Gary Greenfield") at ¶¶ 16–18.

    Upon reflection, Sidense agrees that the "Fees and Expenses at Hybrid Rates" calculation for the "Patent-Business Torts Case Through Judgment-File No. 788979 (Adjusted)" case phase contains the aforesaid mathematical error and, consequently, Sidense requests leave to correct this mathematical error in Sidense's accounting of fees.

    Accordingly, Sidense requests leave to reduce its overall request for fees and expenses from $9,236,566 to $8,112,054.

    Sidense requested Kilopass to stipulate to this reduction, but Kilopass refused that request without stating its reason for doing so. Declaration of Joshua H. Lee, ¶¶ 2–3. Presumably, Kilopass will share its reason in an opposition to this motion.

    Regardless of Kilopass' reason for refusing to stipulate to a reduction in the overall fees and expenses request, Sidense believes it is helpful for the Court to know that Sidense has removed this disputed issue from consideration prior to the Monday's hearing.

DATED: October 31, 2014        Respectfully submitted,

                                            KILPATRICK TOWNSEND & STOCKTON LLP

By:    */s/ Roger L. Cook*
        ROGER L. COOK

Attorneys for Defendant
SIDENSE CORP.



ADMINISTRATIVE MOTION TO CORRECT MATHEMATICAL ERROR     - 3 -
CASE NO. C10-02066 SI